**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Brett** <br> First name | First name |
| | | **Alan** <br> Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Vandeberg** <br> Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br> Include your married or maiden names and any assumed, trade names and *doing business* as names. <br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4006 | |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | | |
| | EIN | EIN |

| | | |
|---|---|---|
| **5.** **Where you live** | **2771 N. 150th Lane** **Goodyear, AZ 85395** | **If Debtor 2 lives at a different address:** |
| | Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| | **Maricopa** | |
| | County | County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:* | *Check one:* |
| | ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|---|
| | District | _____ | When | Case number, if known | _____ |
| | Debtor | _____ | | Relationship to you | _____ |
| | District | _____ | When | Case number, if known | _____ |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Brett Alan Vandeberg**                          Case number *(if known)* _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
Number, Street, City, State & Zip Code

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Brett Alan Vandeberg**

**Brett Alan Vandeberg**
Signature of Debtor 1

_____
Signature of Debtor 2

_____
Email Address of Debtor 1

_____
Email Address of Debtor 2

Executed on    **June 17, 2025**
                MM / DD / YYYY

Executed on    _____
                MM / DD / YYYY

| Debtor 1 | **Brett Alan Vandeberg** | Case number *(if known)* | |
|---|---|---|---|

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| **If you are not represented by an attorney, you do not need to file this page.** | |

| /s/ Nathan A. Finch | Date | June 17, 2025 |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Nathan A. Finch 031279**
Printed name

**Cross Law Firm, P.L.C.**
Firm name

**PO Box 45469**
**Phoenix, AZ 85064**
Number, Street, City, State & ZIP Code

| Contact phone | **602-412-4422** | Email address | **nfinch@crosslawaz.com** |
|---|---|---|---|

**031279 AZ**
Bar number & State

Certificate Number: 14751-AZ-CC-039742130



14751-AZ-CC-039742130

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 6, 2025</u>, at <u>6:49</u> o'clock <u>PM PDT</u>, <u>BRETT VANDEBERG</u> received from <u>$$$$$$0$ BK Class, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>June 6, 2025</u>    By: <u>/s/AMEY AIONO</u>

Name: <u>AMEY AIONO</u>

Title: <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

4/14/25        06:09AM

## WAGE SCHEDULE

| TAXPAYER - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI-CARE | STATE W/H | LOCAL W/H |
|---|---|---|---|---|---|---|
| LTF CLUB MANAGEMENT CO | 797. | | 49. | 12. | 16. | |
| GRAND TOTAL | 797. | 0. | 49. | 12. | 16. | 0. |

## STATE AND LOCAL REFUNDS TAXABLE IN 2024
## (REFUNDS ON PRIOR YEAR RETURN TAXABLE IN CURRENT YEAR)

|  |  |  |
|---|---|---|
| 1. | STATE AND LOCAL INCOME TAX REFUNDS (PRIOR YEAR) | 50. |
| 2. | REFUNDS ATTRIBUTABLE TO POST 12/31/2023 PAYMENTS PER IRS PUB. 525 | 0. |
| 3. | NET STATE AND LOCAL INCOME TAX REFUNDS | 50. |
| 4. | STATE/LOCAL TAXES INCLUDED ON PRIOR YEAR SCH. A, LINE 5E | 3,440. |
| 5. | PRIOR YEAR ALLOWABLE SALES TAX DEDUCTION | 428. |
| 6. | EXCESS OF INCOME TAXES DEDUCTED OVER SALES TAXES | 3,012. |
| 7. | ENTER THE SMALLER OF LINE 3 OR LINE 6 | 50. |
| 8. | ITEMIZED DEDUCTIONS FROM PRIOR YEAR SCH. A, LINE 17 | 25,015. |
| 9. | PRIOR YEAR RECOMPUTED ITEMIZED DEDUCTIONS, IF STATE AND LOCAL TAXES WERE LIMITED | 0. |
| 10. | PRIOR YEAR BASE STANDARD DEDUCTION   20,800. | |
| 11. | PRIOR YEAR ADD'L STANDARD DEDUCTION FOR AGE/BLINDNESS   0. | |
| 12. | PRIOR YEAR TOTAL STANDARD DEDUCTION (ADD LINES 10 AND 11) | 20,800. |
| 13. | ENTER THE LARGER OF LINE 9 OR LINE 12 | 20,800. |
| 14. | SUBTRACT LINE 13 FROM LINE 8 (NOT LESS THAN 0) | 4,215. |
| 15. | ENTER THE SMALLER OF LINE 7 OR LINE 14 | 50. |
| 16. | NEGATIVE TAXABLE INCOME (PRIOR YEAR) | -36,877. |
| 17. | REFUND WITH NO BENEFIT DUE TO AMT, NONREFUNDABLE CREDITS, 0% CAPITAL GAIN RATE, SALT LIMIT | 0. |
| 18. | STATE AND LOCAL REFUNDS TAXABLE THIS YEAR (ADD LINES 15, 16, AND 17, BUT NOT LESS THAN 0) | 0. |

## QUALIFIED BUSINESS INCOME

| | |
|---|---|
| TRADE OR BUSINESS NAME: | BRETT VANDEBERG |
| TAXPAYER IDENTIFICATION NUMBER: | 82-0725294 |
| BUSINESS INCOME | 1,108,220. |
| ALLOCATED DEDUCTION FOR ONE-HALF OF SELF-EMPLOYMENT TAX | -25,244. |
| QUALIFIED BUSINESS INCOME | 1,082,976. |
| TRADE OR BUSINESS NAME: | 3509 E CAMBRIDGE AVE |
| TAXPAYER IDENTIFICATION NUMBER: | ████4006 |
| BUSINESS INCOME | 39,712. |
| QUALIFIED BUSINESS INCOME | 39,712. |

**BRETT VANDEBERG**

4/14/25                                                                                06:09AM

## UNADJUSTED BASIS IMMEDIATELY AFTER ACQUISITION

| NO. | DESCRIPTION | UBIA DATE ACQUIRED | UBIA |
|---|---|---|---|
| | SCHEDULE E # 1 | | |
| 3 | REHAB | 10/01/21 | 14,349. |
| 5 | REHAB | 2/01/22 | 321,773. |
| | | TOTAL $ | 336,122. |

## TAX BRACKET WORKSHEET (FORM 1040, 1040-SR, OR 1040-NR, LINE 16)

| ORDINARY INCOME RATES (TAX TABLE/TAX COMPUTATION WKS) | INCOME | TAX |
|---|---|---|
| 10% ORDINARY TAX BRACKET ($0 - $16,550)............. | $  16,550. | $  1,655. |
| 12% ORDINARY TAX BRACKET ($16,551 - $63,100)........ | 46,550. | 5,586. |
| 22% ORDINARY TAX BRACKET ($63,101 - $100,500)....... | 37,400. | 8,228. |
| 24% ORDINARY TAX BRACKET ($100,501 - $191,950)...... | 91,450. | 21,948. |
| 32% ORDINARY TAX BRACKET ($191,951 - $243,700)...... | 51,750. | 16,560. |
| 35% ORDINARY TAX BRACKET ($243,701 - $609,350)...... | 365,650. | 127,977. |
| 37% ORDINARY TAX BRACKET ($609,351 + ).............. | 333,852. | 123,525. |
| TAXABLE INCOME | $  943,202. | |
| TOTAL TAX USING ORDINARY INCOME RATES | | $  305,480. |

## SCHEDULE E, LINE 43
## RECONCILIATION FOR REAL ESTATE PROFESSIONALS

| SCHEDULE E #4: 3509 E CAMBRIDGE AVE............................ | $  39,712. |
|---|---|
| TOTAL $ | 39,712. |

## NET NONFARM PROFIT OR (LOSS) (SCHEDULE SE, LINE 2)

| | TAXPAYER |
|---|---|
| SCHEDULE C | 1,108,220. |
| SCHEDULE E, PAGE 2 (FROM SCH. K-1) | 0. |
| OTHER INCOME (SCHEDULE 1, LINE 8) | 0. |
| SECTION 1256 CONTRACTS | 0. |
| MINISTER WAGES | 0. |
| MINISTER HOUSING ALLOWANCE | 0. |
| MINISTER PARSONAGE - UTILITIES | 0. |
| EMPLOYEE BUSINESS EXPENSES | 0. |
| NET NONFARM INCOME ADJUSTMENT | 0. |
| TOTAL NET NONFARM PROFIT OR (LOSS) | 1,108,220. |

**BRETT VANDEBERG**

4/14/25       06:09AM

---

**BUSINESS USE OF HOME - SIMPLIFIED METHOD WORKSHEET**

**HOME # 1**
**SCHEDULE C # 1**

| | |
|---|---:|
| 1. ENTER THE AMOUNT OF THE GROSS INCOME LIMITATION | 1,108,940. |
| 2. ALLOWABLE SQUARE FOOTAGE FOR THE BUSINESS USE (MAX OF 300) | 144 |
| 3. SIMPLIFIED METHOD AMOUNT | |
| A. MAXIMUM ALLOWABLE AMOUNT | 5. |
| B. DECIMAL AMOUNT FROM DAYCARE FACILITY WORKSHEET (OR 1.0) | 1.0000 |
| C. MULTIPLY LINE 3A BY LINE 3B | 5.00 |
| 4. MULTIPLY LINE 2 BY LINE 3C | 720. |
| 5. ALLOWABLE EXPENSES USING THE SIMPLIFIED METHOD. ENTER SMALLER OF LINE 1 OR LINE 4. IF ZERO OR LESS, ENTER ZERO | 720. |
| 6. CARRYOVER OF UNALLOWED EXPENSES FROM PRIOR YEAR | |
| A. OPERATING EXPENSES | 0. |
| B. EXCESS CASUALTY LOSSES AND DEPRECIATION | 0. |

---

**FORM 8960, LINE 4B**
**ADJUSTMENT FOR NON-SECTION 1411 BUSINESS**

| | INCOME (LOSS) LINE 4A | NON-SEC. 1411 ADJUSTMENT LINE 4B |
|---|---:|---:|
| **SCHEDULE E, PAG** | | |
| RENTAL/ROYALTY #1: 1802 W VOGEL AVE | | |
| NET INCOME (LOSS) | $ 26,388. | |
| ADJUSTMENT FOR NON-SECTION 1411 BUSINESS | | $ -26,388. |
| RENTAL/ROYALTY #2: 8028 N 14TH PLACE | | |
| NET INCOME (LOSS) | $ -60,731. | |
| RENTAL/ROYALTY #3: 4114 E LIBERTY | | |
| NET INCOME (LOSS) | $ 24,437. | |
| RENTAL/ROYALTY #4: 3509 E CAMBRIDGE AVE | | |
| NET INCOME (LOSS) | $ 39,712. | |
| ADJUSTMENT FOR NON-SECTION 1411 BUSINESS | | $ -39,712. |
| RENTAL/ROYALTY SUBTOTAL | $ 29,806. | $ -66,100. |
| SCHEDULE C INCOME (LOSS) | $ 1,108,220. | $ -1,108,220. |
| TOTAL | $ 1,138,026. | $ -1,174,320. |

---

**FORM 8960, LINE 13**
**MODIFIED ADJUSTED GROSS INCOME WORKSHEET**

| | |
|---|---:|
| 1. ENTER YOUR ADJUSTED GROSS INCOME | $ 1,100,967. |
| 2A. FOREIGN EARNED INCOME EXCLUSION (FORM 2555, LINE 42) | 0. |
| 2B. DEDUCTIONS REPORTED ON FORM 2555, LINE 44 ALLOCABLE TO YOUR FOREIGN EARNED INCOME EXCLUSION | 0. |
| 3. ADJUSTMENTS FOR CERTAIN CFCS AND CERTAIN PFICS | 0. |
| 3A. ADJUSTMENT FROM FORM 1041, K-1, CODE H (IF POSITIVE AMOUNT) | 0. |
| 4. SUM OF LINES 1, 2A, 2B, 3, AND 3A | $ 1,100,967. |

**BRETT VANDEBERG**

4/14/25      06:09AM

**VEHICLE EXPENSES - SCHEDULE C**
**VANDEBERG ENTERPRISES LLC**

| | TRUCK |
|---|---|
| 1. DATE PLACED IN SERVICE | 1/02/24 |
| 2. TOTAL MILEAGE | 13,165 |
| 3. BUSINESS MILEAGE | 12,902 |
| 4. BUSINESS USE PERCENTAGE (DIVIDE LINE 3 BY LINE 2) | 0.9800 |

STANDARD MILEAGE RATE:

| | |
|---|---|
| 5. MULTIPLY LINE 3 BY 0.67 CENTS (67) | 8,644. |
|     DEPR. PORTION OF MILEAGE (30 CENTS PER MILE) | 3,871. |
|     OPER. EXP. PORTION OF MILEAGE (37 CENTS PER MILE) | 4,773. |

ACTUAL EXPENSES:

| | |
|---|---|
| 6. GASOLINE, LUBE AND OIL | |
| 7. REPAIRS | |
| 8. TIRES | |
| 9. INSURANCE | |
| 10. MISCELLANEOUS | |
| 11. AUTO LICENSE (EXCEPT PERSONAL PROPERTY TAXES) | |
| 12. VALUE OF EMPLOYER-PROVIDED VEHICLE | |
| 13. VEHICLE RENT OR LEASE (LESS INCLUSION) | 14,460. |
| 14. ADD LINES 6 THROUGH 13 | 14,460. |
| 15. MULTIPLY LINE 14 BY LINE 4 | 14,171. |
| 16. DEPRECIATION AND SECTION 179 DEDUCTION | |
| 17. ADD LINES 15 AND 16 | 14,171. |

TOTAL VEHICLE EXPENSES:      ACTUAL EXP

| | |
|---|---|
| 18. ENTER LINE 5 OR LINE 17 | 14,171. |
| 19. PARKING FEES AND TOLLS | |
| 20. ADD LINES 18 AND 19 | 14,171. |

VEHICLE EXPENSE ALLOCATION:

| | |
|---|---|
| 21. CAR AND TRUCK EXPENSES | |
| 22. DEPRECIATION | |
| 23. VEHICLE RENT OR LEASE PAYMENTS | 14,171. |
| 24. ADD LINES 21, 22, AND 23 | 14,171. |
| 25. INTEREST EXPENSE (BUSINESS PORTION) | |
| 26. TAXES AND LICENSES (BUSINESS PORTION) | |
| 27. PERSONAL PROPERTY TAXES (SCHEDULE A) | |

Form **8879**

(Rev. January 2021)

Department of the Treasury
Internal Revenue Service

## IRS *e-file* Signature Authorization

➤ **ERO must obtain and retain completed Form 8879.**

➤ **Go to** *www.irs.gov/Form8879* **for the latest information.**

OMB No. 1545-0074

Submission Identification Number (SID) ➤

| Taxpayer's name | Social security number |
|---|---|
| BRETT VANDEBERG | ████ 4006 |
| Spouse's name | **Spouse's social security number** |

| **Part I** | **Tax Return Information – Tax Year Ending December 31,** 2024 (Enter year you are authorizing.) |
|---|---|

Enter whole dollars only on lines 1 through 5.

**Note:** Form 1040-SS filers use line 4 only. Leave lines 1, 2, 3, and 5 blank.

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income | 1 | 1,100,967. |
| 2 | Total tax | 2 | 363,386. |
| 3 | Federal income tax withheld from Form(s) W-2 and Form(s) 1099 | 3 | |
| 4 | Amount you want refunded to you | 4 | |
| 5 | Amount you owe | 5 | 363,386. |

| **Part II** | **Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)** |
|---|---|

Under penalties of perjury, I declare that I have examined a copy of the income tax return (original or amended) I am now authorizing, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from the income tax return (original or amended) I am now authorizing. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537.** Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and  resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for the income tax return (original or amended) I am now authorizing and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize HASSLACHER TAX & FINANCIAL LLC to enter or generate my PIN 21444 as my

ERO firm name

Enter five digits, but don't enter all zeros

signature on the income tax return (original or amended) I am now authorizing.

[ ] I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ➤ _____ Date ➤ _____

**Spouse's PIN: check one box only**

[ ] I authorize _____ to enter or generate my PIN _____ as my

ERO firm name

Enter five digits, but don't enter all zeros

signature on the income tax return (original or amended) I am now authorizing.

[ ] I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ➤ _____ Date ➤ _____

### Practitioner PIN Method Returns Only — continue below

| **Part III** | **Certification and Authentication — Practitioner PIN Method Only** |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.

86018785086

Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the electronic individual income tax return (original or amended) I am now authorized to file for tax year indicated above for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Pub. 1345,** Handbook for Authorized IRS *e-file* Providers of Individual Income Tax Returns.

ERO's signature ➤ JOHN A. HASSLACHER Date ➤ _____

### ERO Must Retain This Form — See Instructions
### Don't Submit This Form to the IRS Unless Requested To Do So

**BAA For Paperwork Reduction Act Notice, see your tax return instructions.** Form **8879** (Rev. 01-2021)

| Form **1040** | Department of the Treasury — Internal Revenue Service **U.S. Individual Income Tax Return** | **2024** | OMB No. 1545-0074 | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning _____ , _____ , ending _____ , _____      See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| BRETT VANDEBERG | | ███████ 006 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| | | |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | **Presidential Election Campaign** |
|---|---|---|
| 2771 N. 150TH LANE | | Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. |

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code | |
|---|---|---|---|
| GOODYEAR, AZ 85395 | | | ☐ You  ☐ Spouse |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

**Filing Status**
Check only one box.

☐ Single
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☒ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): _____

**Digital Assets**
At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)...... ☐ Yes  ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**    You: ☐ Were born before January 2, 1960  ☐ Are blind    Spouse: ☐ Was born before January 2, 1960  ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here.... ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| MAREK VANDEBERG | 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 | SON | ☒ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| **1a** | Total amount from Form(s) W-2, box 1 (see instructions)........................ | **1a** | 797. |
| **b** | Household employee wages not reported on Form(s) W-2......................... | **1b** | |
| **c** | Tip income not reported on line 1a (see instructions).......................... | **1c** | |
| **d** | Medicaid waiver payments not reported on Form(s) W-2 (see instructions)........ | **1d** | |
| **e** | Taxable dependent care benefits from Form 2441, line 26........................ | **1e** | |
| **f** | Employer-provided adoption benefits from Form 8839, line 29.................... | **1f** | |
| **g** | Wages from Form 8919, line 6............................................... | **1g** | |
| **h** | Other earned income (see instructions)...................................... | **1h** | |
| **i** | Nontaxable combat pay election (see instructions)............ **1i** | | |
| **z** | Add lines 1a through 1h.................................................... | **1z** | 797. |

| | | | | | |
|---|---|---|---|---|---|
| **2a** | Tax-exempt interest ......... | **2a** | | **b** Taxable interest................ | **2b** |
| **3a** | Qualified dividends .......... | **3a** | | **b** Ordinary dividends........... | **3b** |
| **4a** | IRA distributions ............ | **4a** | | **b** Taxable amount............. | **4b** |
| **5a** | Pensions and annuities ...... | **5a** | | **b** Taxable amount............. | **5b** |
| **6a** | Social security benefits ..... | **6a** | | **b** Taxable amount............. | **6b** |
| **c** | If you elect to use the lump-sum election method, check here (see instructions)....... ☐ | | | | |
| **7** | Capital gain or (loss). Attach Schedule D if required. If not required, check here ...... ☐ | | | | **7** |

Attach Sch. B if required.

**Standard Deduction for —**
- Single or Married filing separately, $14,600
- Married filing jointly or Qualifying surviving spouse, $29,200
- Head of household, $21,900
- If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| **8** | Additional income from Schedule 1, line 10................................... | **8** | 1,125,414. |
| **9** | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income**......... | **9** | 1,126,211. |
| **10** | Adjustments to income from Schedule 1, line 26.............................. | **10** | 25,244. |
| **11** | Subtract line 10 from line 9. This is your **adjusted gross income**............. | **11** | 1,100,967. |
| **12** | **Standard deduction or itemized deductions** (from Schedule A)............... | **12** | 21,900. |
| **13** | Qualified business income deduction from Form 8995 or Form 8995-A.......... | **13** | 135,865. |
| **14** | Add lines 12 and 13....................................................... | **14** | 157,765. |
| **15** | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income**.. | **15** | 943,202. |

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 16 | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814 | | |
| | | **2** ☐ 4972 **3** ☐ _____ | 16 | 305,480. |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 305,480. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | 0. |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 305,480. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 57,906. |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 363,386. |
| **Payments** | 25 | Federal income tax withheld from: | | |

| | | | | |
|---|---|---|---|---|
| | | **a** Form(s) W-2 | 25a | |
| | | **b** Form(s) 1099 | 25b | |
| | | **c** Other forms (see instructions) | 25c | |
| | | **d** Add lines 25a through 25c | 25d | |
| *If you have a qualifying child, attach Sch. EIC.* | 26 | 2024 estimated tax payments and amount applied from 2023 return | 26 | |
| | 27 | Earned income credit (EIC) | 27 | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| | 30 | Reserved for future use | 30 | |
| | 31 | Amount from Schedule 3, line 15 | 31 | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 0. |

| | | | | |
|---|---|---|---|---|
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | 35a | |
| *Direct deposit? See instructions.* | | **b** Routing number _____ **c** Type: ☐ Checking ☐ Savings | | |
| | | **d** Account number _____ | | |
| | 36 | Amount of line 34 you want **applied to your 2025 estimated tax** | 36 | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | 363,386. |
| | 38 | Estimated tax penalty (see instructions) | 38 | |

| | |
|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions ....... ☒ **Yes.** Complete below.    ☐ **No** |

Designee's name    JOHN A. HASSLACHER    Phone no.    623-551-2332    Personal identification number (PIN)    85086

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

*Joint return? See instructions. Keep a copy for your records.*

| Your signature | Date | Your occupation REALTOR | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |

Phone no. (623) 235-4345    Email address

**Paid Preparer Use Only**

| Preparer's name JOHN A. HASSLACHER | Preparer's signature JOHN A. HASSLACHER | Date 4/14/25 | PTIN P00021511 | Check if: ☐ Self-employed |
|---|---|---|---|---|
| Firm's name    HASSLACHER TAX & FINANCIAL LLC | | | Phone no. 623-551-2332 | |
| Firm's address    42104 N VENTURE DR. STE. B130 PHOENIX, AZ 85086 | | | Firm's EIN 20-0329361 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                    Form **1040** (2024)

FDIA0112L    07/25/24

# Additional Income and Adjustments to Income

**Attach to Form 1040, 1040-SR, or 1040-NR.**
**Go to www.irs.gov/Form1040 for instructions and the latest information.**

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **01**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

BRETT VANDEBERG

Your social security number

██████ 006

For 2024, enter the amount reported to you on Form(s) 1099-K that was included in error or for personal
items sold at a loss ................................................................................................

**Note:** The remaining amounts reported to you on Form(s) 1099-K should be reported elsewhere on your return depending on the
nature of the transaction. See *www.irs.gov/1099k*.

## Part I   Additional Income

| | | | |
|---|---|---|---:|
| **1** | Taxable refunds, credits, or offsets of state and local income taxes............................... | **1** | |
| **2a** | Alimony received .................................................................... | **2a** | |
| **b** | Date of original divorce or separation agreement (see instructions): | | |
| **3** | Business income or (loss). Attach Schedule C .................................. | **3** | 1,108,220. |
| **4** | Other gains or (losses). Attach Form 4797 ...................................... | **4** | |
| **5** | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ....... | **5** | 29,806. |
| **6** | Farm income or (loss). Attach Schedule F ...................................... | **6** | |
| **7** | Unemployment compensation ................................................... | **7** | |
| **8** | Other income: | | |
| **a** | Net operating loss......................................... SEE STMT 1 | **8a** | ( 12,612.) |
| **b** | Gambling............................................................ | **8b** | |
| **c** | Cancellation of debt.................................................. | **8c** | |
| **d** | Foreign earned income exclusion from Form 2555.......................... | **8d** | ( ) |
| **e** | Income from Form 8853............................................... | **8e** | |
| **f** | Income from Form 8889............................................... | **8f** | |
| **g** | Alaska Permanent Fund dividends ...................................... | **8g** | |
| **h** | Jury duty pay ....................................................... | **8h** | |
| **i** | Prizes and awards ................................................... | **8i** | |
| **j** | Activity not engaged in for profit income................................. | **8j** | |
| **k** | Stock options ...................................................... | **8k** | |
| **l** | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property................. | **8l** | |
| **m** | Olympic and Paralympic medals and USOC prize money (see instructions) .. | **8m** | |
| **n** | Section 951(a) inclusion (see instructions)............................. | **8n** | |
| **o** | Section 951A(a) inclusion (see instructions)............................ | **8o** | |
| **p** | Section 461(l) excess business loss adjustment.......................... | **8p** | |
| **q** | Taxable distributions from an ABLE account (see instructions)............. | **8q** | |
| **r** | Scholarship and fellowship grants not reported on Form W-2 .............. | **8r** | |
| **s** | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d ................................................ | **8s** | ( ) |
| **t** | Pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan .................................... | **8t** | |
| **u** | Wages earned while incarcerated ...................................... | **8u** | |
| **v** | Digital assets received as ordinary income not reported elsewhere. See instructions................................................... | **8v** | |
| **z** | Other income. List type and amount: | **8z** | |
| **9** | Total other income. Add lines 8a through 8z ..................................... | **9** | −12,612. |
| **10** | Combine lines 1 through 7 and 9. This is your **additional income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 .......................................... | **10** | 1,125,414. |

**BAA For Paperwork Reduction Act Notice, see your tax return instructions.**          FDIA0103L   09/26/24          **Schedule 1 (Form 1040) 2024**

| Part II | Adjustments to Income | | |
|---|---|---|---|
| 11 | Educator expenses. | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106. | 12 | |
| 13 | Health savings account deduction. Attach Form 8889. | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903. | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE. | 15 | 25,244. |
| 16 | Self-employed SEP, SIMPLE, and qualified plans. | 16 | |
| 17 | Self-employed health insurance deduction. | 17 | |
| 18 | Penalty on early withdrawal of savings. | 18 | |
| 19a | Alimony paid. | 19a | |
| b | Recipient's SSN. | | |
| c | Date of original divorce or separation agreement (see instructions): | | |
| 20 | IRA deduction. | 20 | |
| 21 | Student loan interest deduction. | 21 | |
| 22 | Reserved for future use. | 22 | |
| 23 | Archer MSA deduction. | 23 | |
| 24 | Other adjustments: | | |
| a | Jury duty pay (see instructions). | 24a | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit. | 24b | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m. | 24c | |
| d | Reforestation amortization and expenses. | 24d | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974. | 24e | |
| f | Contributions to section 501(c)(18)(D) pension plans. | 24f | |
| g | Contributions by certain chaplains to section 403(b) plans. | 24g | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions). | 24h | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations. | 24i | |
| j | Housing deduction from Form 2555. | 24j | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041). | 24k | |
| z | Other adjustments. List type and amount: | 24z | |
| 25 | Total other adjustments. Add lines 24a through 24z. | 25 | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10. | 26 | 25,244. |

Schedule 1 (Form 1040) 2024

# Additional Taxes

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **02**

Department of the Treasury
Internal Revenue Service

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

BRETT VANDEBERG

Your social security number

░░░░░06

## Part I | Tax

**1** Additions to tax:

**a** Excess advance premium tax credit repayment. Attach Form 8962 . . . . . . . . . . | **1a** |

**b** Repayment of new clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part II. Attach Form 8936 and Schedule A (Form 8936) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1b** |

**c** Repayment of previously owned clean vehicle credit(s) transferred to a registered dealer from Schedule A (Form 8936), Part IV. Attach Form 8936 and Schedule A (Form 8936) . . . . . . . . . . . . . . . . . . | **1c** |

**d** Recapture of net EPE from Form 4255, line 2a, column (l) . . . . . . . . . . . . | **1d** |

**e** Excessive payments (EP) from Form 4255. Check applicable box and enter amount.

   **(i)** ☐ Line 1a, column (n)   **(ii)** ☐ Line 1c, column (n)

   **(iii)** ☐ Line 1d, column (n)   **(iv)** ☐ Line 2a, column (n) . . . . . | **1e** |

**f** 20% EP from Form 4255. Check applicable box and enter amount. See instructions.

   **(i)** ☐ Line 1a, column (o)   **(ii)** ☐ Line 1c, column (o)

   **(iii)** ☐ Line 1d, column (o)   **(iv)** ☐ Line 2a, column (o) . . . . . | **1f** |

**y** Other additions to tax (see instructions): _____ | **1y** |

**z** Add lines 1a through 1y . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1z** |

**2** Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . . . . . . . | **2** | 0. |

**3** Add lines 1z and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . . . . . . . . . | **3** | 0. |

## Part II | Other Taxes

**4** Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . . | **4** | 50,488. |

**5** Social security and Medicare tax on unreported tip income. Attach Form 4137 . . . . . . . . . . . . . . . . . . . . . . . | **5** |

**6** Uncollected social security and Medicare tax on wages. Attach Form 8919 . . . . . . . . . . . . . . . . . . . . . . | **6** |

**7** Total additional social security and Medicare tax. Add lines 5 and 6 . . . . . . . . . . . . . | **7** |

**8** Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required. If not required, check here . . . . . . . . . . . . . . . . . . . . . . . . ☐ | **8** |

**9** Household employment taxes. Attach Schedule H . . . . . . . . . . . . . . . . | **9** |

**10** Repayment of first-time homebuyer credit. Attach Form 5405 if required . . . . . . . . . . . | **10** |

**11** Additional Medicare Tax. Attach Form 8959 . . . . . . . . . . . . . . . . . . . | **11** | 7,418. |

**12** Net investment income tax. Attach Form 8960 . . . . . . . . . . . . . . . . . . | **12** |

**13** Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** |

**14** Interest on tax due on installment income from the sale of certain residential lots and timeshares . . . . . . . | **14** |

**15** Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 . . . . . . | **15** |

**16** Recapture of low-income housing credit. Attach Form 8611 . . . . . . . . . . . . . . . . . | **16** |

*(continued on page 2)*

**BAA For Paperwork Reduction Act Notice, see your tax return instructions.**

FDIA0104L 01/02/25

**Schedule 2 (Form 1040) 2024**

| Part II | Other Taxes *(continued)* | | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **17** | Other additional taxes: | | | | |
| **a** | Recapture of other credits. List type, form number, and amount: _____ | **17a** | | | |
| **b** | Recapture of federal mortgage subsidy, if you sold your home see instructions........................... | **17b** | | | |
| **c** | Additional tax on HSA distributions. Attach Form 8889...................... | **17c** | | | |
| **d** | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889. | **17d** | | | |
| **e** | Additional tax on Archer MSA distributions. Attach Form 8853............... | **17e** | | | |
| **f** | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853... | **17f** | | | |
| **g** | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property.................................... | **17g** | | | |
| **h** | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A............................ | **17h** | | | |
| **i** | Compensation you received from a nonqualified deferred compensation plan described in section 457A..................................... | **17i** | | | |
| **j** | Section 72(m)(5) excess benefits tax.................................... | **17j** | | | |
| **k** | Golden parachute payments........................................ | **17k** | | | |
| **l** | Tax on accumulation distribution of trusts................................ | **17l** | | | |
| **m** | Excise tax on insider stock compensation from an expatriated corporation.... | **17m** | | | |
| **n** | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866... | **17n** | | | |
| **o** | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR.................................. | **17o** | | | |
| **p** | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund............................ | **17p** | | | |
| **q** | Any interest from Form 8621, line 24.................................... | **17q** | | | |
| **z** | Any other taxes. List type and amount: _____ | **17z** | | | |
| **18** | Total additional taxes. Add lines 17a through 17z ............................... | | **18** | | |
| **19** | Recapture of net EPE from Form 4255, line 1d, column (l)............................... | | **19** | | |
| **20** | Section 965 net tax liability installment from Form 965-A .................. | **20** | | | |
| **21** | Add lines 4, 7 through 16, 18, and 19. These are your **total other taxes**. Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b.................................... | | **21** | 57,906. | |

Ver 2

Schedule 2 (Form 1040) 2024

# Profit or Loss From Business
### (Sole Proprietorship)

OMB No. 1545-0074

## 2024

Department of the Treasury
Internal Revenue Service

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.
Go to www.irs.gov/ScheduleC for instructions and the latest information.

Attachment
Sequence No. 09

| Name of proprietor | Social security number (SSN) |
|---|---|
| BRETT VANDEBERG | ███████ 006 |

| A | Principal business or profession, including product or service (see instructions) | B | Enter code from instructions |
|---|---|---|---|
| | VANDEBERG ENTERPRISES LLC | | 531390 |

| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN) (see instr.) |
|---|---|---|---|
| | | | 82-0725294 |

E   Business address (including suite or room no.)

   City, town or post office, state, and ZIP code

F   Accounting method:   (1) [ ] Cash   (2) [X] Cash   (3) [ ] Accrual   [ ] Other (specify)

G   Did you "materially participate" in the operation of this business during 2024? If "No," see instructions for limit on losses.   [X] Yes  [ ] No

H   If you started or acquired this business during 2024, check here............................ [ ]

I   Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions..................... [X] Yes  [ ] No

J   If "Yes," did you or will you file required Form(s) 1099?................................... [X] Yes  [ ] No

## Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked .............. [ ] | 1 | 3,620,511. |
| 2 | Returns and allowances...................................................... | 2 | |
| 3 | Subtract line 2 from line 1.................................................... | 3 | 3,620,511. |
| 4 | Cost of goods sold (from line 42).............................................. | 4 | 2,416,891. |
| 5 | **Gross profit.** Subtract line 4 from line 3....................................... | 5 | 1,203,620. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions)........................................................... | 6 | |
| 7 | **Gross income.** Add lines 5 and 6............................................. | 7 | 1,203,620. |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---:|---|---|---|---:|
| 8 | Advertising............ | | 18 | Office expense (see instructions)........ | 18 | 371. |
| 9 | Car and truck expenses (see instructions)........ | 9 | 19 | Pension and profit-sharing plans......... | 19 | |
| 10 | Commissions and fees......... | 10 | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions)........... | 11 | a | Vehicles, machinery, and equipment ..... | 20a | 14,171. |
| | | | b | Other business property............... | 20b | 4,400. |
| 12 | Depletion ................... | 12 | 21 | Repairs and maintenance.............. | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions).......... | 13 | 22 | Supplies (not included in Part III) ....... | 22 | 221. |
| | | | 23 | Taxes and licenses.................... | 23 | 2,044. |
| | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19)...... | 14 | a | Travel.............................. | 24a | 982. |
| 15 | Insurance (other than health)... | 15 | b | Deductible meals (see instructions)..... | 24b | 2,040. |
| 16 | Interest (see instr.): | | 25 | Utilities............................. | 25 | 516. |
| a | Mortgage (paid to banks, etc.) ..... | 16a | 26 | Wages (less employment credits) ..... | 26 | |
| b | Other........... | 16b | 48,243. | 27a | Other expenses (from line 48) .......... | 27a | 1,646. |
| 17 | Legal and professional services | 17 | 20,046. | b | Energy efficient commercial buildings deduction (attach Form 7205)........... | 27b | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b........................ | 28 | 94,680. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7................................... | 29 | 1,108,940. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. | | |
| | **Simplified method filers only:** Enter the total square footage of (a) your home:  2,108 and (b) the part of your home used for business:  144 . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 ................. | 30 | 720. |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | 31 | 1,108,220. |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. | | |
| | • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** | 32a | [ ] All investment is at risk. |
| | • If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | 32b | [ ] Some investment is not at risk. |

BAA  **For Paperwork Reduction Act Notice, see the separate instructions.**    FDIZ0112L  07/22/24    **Schedule C (Form 1040) 2024**

**Part III** | **Cost of Goods Sold** (see instructions)

| 33 | Method(s) used to value closing inventory:  **a** [X] Cost  **b** [ ] Lower of cost or market  **c** [ ] Other (attach explanation) | | |
|---|---|---|---|
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation. | | [ ] Yes [X] No |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 1,349,000. |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | 2,408,722. |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | 271,729. |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 4,029,451. |
| 41 | Inventory at end of year | 41 | 1,612,560. |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 2,416,891. |

**Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month/day/year)    1/02/24

44  Of the total number of miles you drove your vehicle during 2024, enter the number of miles you used your vehicle for:

**a** Business        12,902    **b** Commuting (see instructions)                **c** Other        263

| 45 | Was your vehicle available for personal use during off-duty hours? | [ ] Yes [X] No |
|---|---|---|
| 46 | Do you (or your spouse) have another vehicle available for personal use? | [X] Yes [ ] No |
| 47a | Do you have evidence to support your deduction? | [X] Yes [ ] No |
| **b** | If "Yes," is the evidence written? | [X] Yes [ ] No |

**Part V** | **Other Expenses.** List below business expenses not included on lines 8-26, line 27b, or line 30.

| JANITORIAL | 450. |
|---|---|
| POSTAGE | 12. |
| TOOLS | 1,184. |
| | |
| | |
| | |
| | |
| | |
| **48** | **Total other expenses.** Enter here and on line 27a | **48** | 1,646. |

# SCHEDULE E
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

## Supplemental Income and Loss

(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)

**Attach to Form 1040, 1040-SR, 1040-NR, or 1041.**

**Go to www.irs.gov/ScheduleE for instructions and the latest information.**

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **13**

Name(s) shown on return
BRETT VANDEBERG

Your social security number
██████006

## Part I — Income or Loss From Rental Real Estate and Royalties

**Note:** If you are in the business of renting personal property, use **Schedule C**. See instructions. If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**A** Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions.................... ☒ Yes ☐ No

**B** If "Yes," did you or will you file required Form(s) 1099?.................................................. ☒ Yes ☐ No

**1a** Physical address of each property (street, city, state, ZIP code)

| | |
|---|---|
| **A** | 1802 W VOGEL AVE, PHOENIX, AZ 85021 |
| **B** | 8028 N 14TH PLACE, PHOENIX, AZ 85020 |
| **C** | 4114 E LIBERTY, PHOENIX, AZ 85048 |

**1b** Type of Property (from list below)

**2** For each rental real estate property listed above, report the number of fair rental and personal use days. Check the **QJV** box only if you meet the requirements to file as a qualified joint venture. See instructions.

| | 1b | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|
| **A** | 2 | A | 119 | | |
| **B** | 1 | B | 180 | | |
| **C** | 1 | C | 210 | | |

**Type of Property:**
1 Single Family Residence
2 Multi-Family Residence
3 Vacation/Short-Term Rental
4 Commercial
5 Land
6 Royalties
7 Self-Rental
8 Other (describe)  _____

| | | Properties: | | |
|---|---|---|---|---|
| | | **A** | **B** | **C** |
| **Income:** | | | | |
| **3** Rents received ............................................. | **3** | 117,891. | 26,061. | 73,835. |
| **4** Royalties received .......................................... | **4** | | | |
| **Expenses:** | | | | |
| **5** Advertising ................................................ | **5** | | | |
| **6** Auto and travel (see instructions)............................ | **6** | | | |
| **7** Cleaning and maintenance ................................... | **7** | | 7,735. | |
| **8** Commissions. .............................................. | **8** | | | |
| **9** Insurance ................................................. | **9** | | | 10,773. |
| **10** Legal and other professional fees............................ | **10** | | | |
| **11** Management fees........................................... | **11** | | | |
| **12** Mortgage interest paid to banks, etc. (see instructions)......... | **12** | 52,500. | 63,473. | 34,981. |
| **13** Other interest ............................................. | **13** | | | |
| **14** Repairs ................................................... | **14** | 13,044. | | |
| **15** Supplies .................................................. | **15** | 500. | 1,112. | |
| **16** Taxes. ................................................... | **16** | | 5,954. | 3,644. |
| **17** Utilities .................................................. | **17** | 17,209. | 8,518. | |
| **18** Depreciation expense or depletion........................... | **18** | 8,250. | | |
| **19** Other (list)  _____ | **19** | | | |
| **20** Total expenses. Add lines 5 through 19 ...................... | **20** | 91,503. | 86,792. | 49,398. |
| **21** Subtract line 20 from line 3 (rents) and/ or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | **21** | 26,388. | -60,731. | 24,437. |
| **22** Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | **22** | ( ) | ( 60,731.) | ( ) |

| | | | |
|---|---|---|---|
| **23a** Total of all amounts reported on line 3 for all rental properties...................... | **23a** | 297,418. | |
| **b** Total of all amounts reported on line 4 for all royalty properties..................... | **23b** | | |
| **c** Total of all amounts reported on line 12 for all properties......................... | **23c** | 164,919. | |
| **d** Total of all amounts reported on line 18 for all properties......................... | **23d** | 8,250. | |
| **e** Total of all amounts reported on line 20 for all properties......................... | **23e** | 267,612. | |
| **24** **Income.** Add positive amounts shown on line 21. **Do not** include any losses ..................... | **24** | | 90,537. |
| **25** **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here ... | **25** | | ( 60,731.) |
| **26** **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, and IV, and line 40 on page 2 do not apply to you, also enter this amount on Schedule 1 (Form 1040), line 5. Otherwise,  include this amount in the total on line 41 on page 2. | **26** | | 29,806. |

**BAA For Paperwork Reduction Act Notice, see the separate instructions.** Schedule E (Form 1040) 2024

**SCHEDULE E**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)

**Attach to Form 1040, 1040-SR, 1040-NR, or 1041.**

**Go to www.irs.gov/ScheduleE for instructions and the latest information.**

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **13**

Name(s) shown on return: BRETT VANDEBERG

Your social security number: 4006

## Part I — Income or Loss From Rental Real Estate and Royalties

**Note:** If you are in the business of renting personal property, use **Schedule C**. See instructions. If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**A** Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions..................... ☐ Yes ☐ No

**B** If "Yes," did you or will you file required Form(s) 1099?......................................................... ☐ Yes ☐ No

**1a** Physical address of each property (street, city, state, ZIP code)

| | |
|---|---|
| **A** | 3509 E CAMBRIDGE AVE, PHOENIX, AZ 85008 |
| **B** | |
| **C** | |

| 1b Type of Property (from list below) | 2 For each rental real estate property listed above, report the number of fair rental and personal use days. Check the **QJV** box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|
| **A** 1 | | **A** | 365 | | |
| **B** | | **B** | | | |
| **C** | | **C** | | | |

**Type of Property:**
1 Single Family Residence
2 Multi-Family Residence
3 Vacation/Short-Term Rental
4 Commercial
5 Land
6 Royalties
7 Self-Rental
8 Other (describe) _____

| | | Properties: | | |
|---|---|---|---|---|
| | | **A** | **B** | **C** |
| **Income:** | | | | |
| **3** Rents received ............................................. | 3 | 79,631. | | |
| **4** Royalties received ....................................... | 4 | | | |
| **Expenses:** | | | | |
| **5** Advertising ................................................ | 5 | | | |
| **6** Auto and travel (see instructions)....................... | 6 | | | |
| **7** Cleaning and maintenance ............................... | 7 | 1,620. | | |
| **8** Commissions.............................................. | 8 | | | |
| **9** Insurance ................................................. | 9 | | | |
| **10** Legal and other professional fees...................... | 10 | 20,200. | | |
| **11** Management fees........................................ | 11 | | | |
| **12** Mortgage interest paid to banks, etc. (see instructions)................... | 12 | 13,965. | | |
| **13** Other interest .......................................... | 13 | | | |
| **14** Repairs ................................................. | 14 | 3,545. | | |
| **15** Supplies ................................................ | 15 | | | |
| **16** Taxes................................................... | 16 | | | |
| **17** Utilities ................................................ | 17 | 434. | | |
| **18** Depreciation expense or depletion...................... | 18 | | | |
| **19** Other (list) SEE STM 2 _____ | 19 | 155. | | |
| **20** Total expenses. Add lines 5 through 19 ............... | 20 | 39,919. | | |
| **21** Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | 21 | 39,712. | | |
| **22** Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) ......................... | 22 | ( ) | ( ) | ( ) |

| **23a** Total of all amounts reported on line 3 for all rental properties........................ | 23a | |
|---|---|---|
| **b** Total of all amounts reported on line 4 for all royalty properties....................... | 23b | |
| **c** Total of all amounts reported on line 12 for all properties............................. | 23c | |
| **d** Total of all amounts reported on line 18 for all properties............................. | 23d | |
| **e** Total of all amounts reported on line 20 for all properties............................. | 23e | |

| **24** **Income.** Add positive amounts shown on line 21. **Do not** include any losses ................... | 24 | |
|---|---|---|
| **25** **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here... | 25 | ( ) |
| **26** **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Schedule 1 (Form 1040), line 5. Otherwise, include this amount in the total on line 41 on page 2 ....................... | 26 | |

**BAA  For Paperwork Reduction Act Notice, see the separate instructions.**

**Schedule E (Form 1040) 2024**

FDIZ2301L  07/25/24

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.

**BRETT VANDEBERG**

**Your social security number**

███████ 006

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

| **Part II** | **Income or Loss From Partnerships and S Corporations** |
|---|---|

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column **(e)** on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(f)** on line 28 and attach **Form 6198.** See instructions.

**27** Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section ............................ ☐ **Yes** ☐ **No**

| **28** | **(a)** Name | **(b)** Enter **P** for partnership; **S** for S corporation | **(c)** Check if foreign partnership | **(d)** Employer identification number | **(e)** Check if basis computation is required | **(f)** Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| **A** | | | | | | |
| **B** | | | | | | |
| **C** | | | | | | |
| **D** | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | **(g)** Passive loss allowed (attach **Form 8582** if required) | **(h)** Passive income from **Schedule K-1** | **(i)** Nonpassive loss allowed (see **Schedule K-1**) | **(j)** Section 179 expense deduction from **Form 4562** | **(k)** Nonpassive income from **Schedule K-1** |
| **A** | | | | | |
| **B** | | | | | |
| **C** | | | | | |
| **D** | | | | | |
| **29 a** Totals.............. | | | | | |
| **b** Totals.............. | | | | | |

| | | | | |
|---|---|---|---|---|
| **30** | Add columns (h) and (k) of line 29a. .................................................. | | **30** | |
| **31** | Add columns (g), (i), and (j) of line 29b ............................................. | | **31** | ( ) |
| **32** | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 ...................... | | **32** | |

| **Part III** | **Income or Loss From Estates and Trusts** |
|---|---|

| **33** | **(a)** Name | **(b)** Employer ID no. |
|---|---|---|
| **A** | | |
| **B** | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | **(c)** Passive deduction or loss allowed (attach **Form 8582** if required) | **(d)** Passive income from **Schedule K-1** | **(e)** Deduction or loss from **Schedule K-1** | **(f)** Other income from **Schedule K-1** |
| **A** | | | | |
| **B** | | | | |
| **34 a** Totals......................... | | | | |
| **b** Totals......................... | | | | |

| | | | | |
|---|---|---|---|---|
| **35** | Add columns (d) and (f) of line 34a .................................................. | | **35** | |
| **36** | Add columns (c) and (e) of line 34b .................................................. | | **36** | ( ) |
| **37** | **Total estate and trust income or (loss).** Combine lines 35 and 36 .......................... | | **37** | |

| **Part IV** | **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder** |
|---|---|

| **38** | **(a)** Name | **(b)** Employer identification number | **(c)** Excess inclusion from Schedules Q, line 2c (see instructions) | **(d)** Taxable income (net loss) from **Schedules Q,** line 1b | **(e)** Income from **Schedules Q,** line 3b |
|---|---|---|---|---|---|
| | | | | | |

| | | | | |
|---|---|---|---|---|
| **39** | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below. .......... | | **39** | |

| **Part V** | **Summary** |
|---|---|

| | | | | |
|---|---|---|---|---|
| **40** | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below. .......................... | | **40** | |
| **41** | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 ......................................................................... | | **41** | 29,806. |
| **42** | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AN; and Schedule K-1 (Form 1041), box 14, code F. See instructions. .................. | **42** | | |
| **43** | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules ................................................................................... | **43** | 39,712. | |

**Self-Employment Tax**

Attach to Form 1040, 1040-SR, 1040-SS, or 1040-NR.

Go to *www.irs.gov/ScheduleSE* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040, 1040-SR, 1040-SS, or 1040-NR)

BRETT VANDEBERG

Social security number of person
with **self-employment** income ██████ 006

| Part I | Self-Employment Tax |
|---|---|

**Note:** If your only income subject to self-employment tax is **church employee income,** see instructions for how to report your income and the definition of church employee income.

**A** If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---:|
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . | **1a** | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AQ . . . . . . . . | **1b** | |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
|---|---|---|---:|
| **2** | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order . . . . . . . . . . . . | **2** | 1,108,220. |
| **3** | Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 1,108,220. |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 . . . . . . | **4a** | 1,023,441. |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **b** | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here . . . . . . . . . . . . . | **4b** | |
| **c** | Combine lines 4a and 4b. If less than $400, **stop;** you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income,** enter -0- and continue . . . . . . . . . . . . | **4c** | 1,023,441. |
| **5a** | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income . . . . . . . . . . . . | **5a** | | |
| **b** | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- . . . . . . . . . . . . . . . . . . . . . . | **5b** | 0. |
| **6** | Add lines 4c and 5b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 1,023,441. |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2024 . . . . . . . . . . . . . . | **7** | 168,600. |
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $168,600 or more, skip lines 8b through 10, and go to line 11 . . . . . . . . | **8a** | 797. | |
| **b** | Unreported tips subject to social security tax from Form 4137, line 10 . . . . . . | **8b** | | |
| **c** | Wages subject to social security tax from Form 8919, line 10 . . . . . . . . . . | **8c** | | |
| **d** | Add lines 8a, 8b, and 8c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8d** | 797. |
| **9** | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 . . . . . . . . . . | **9** | 167,803. |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124) . . . . . . . . . . . . . . . . . . . . . . . | **10** | 20,808. |
| **11** | Multiply line 6 by 2.9% (0.029) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 29,680. |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on Schedule 2 (Form 1040), line 4, or Form 1040-SS, Part I, line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | 50,488. |
| **13** | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (0.50). Enter here and on Schedule 1 (Form 1040), line 15 . . . . . . . | **13** | 25,244. | |

**BAA For Paperwork Reduction Act Notice, see your tax return instructions.** Schedule SE (Form 1040) 2024

Form **8995-A**

Department of the Treasury
Internal Revenue Service

**Qualified Business Income Deduction**

Attach to your tax return.

Go to *www.irs.gov/Form8995A* for instructions and the latest information.

OMB No. 1545-2294

**2024**

Attachment
Sequence No. **55A**

Name(s) shown on return

BRETT VANDEBERG

Your taxpayer identification number

███████006

**Note:** You can claim the qualified business income deduction **only** if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.

Use this form if your taxable income, before your qualified business income deduction, is above $191,950 ($383,900 if married filing jointly), or you're a patron of an agricultural or horticultural cooperative.

| Part I | Trade, Business, or Aggregation Information |
|---|---|

Complete Schedules A, B, and/or C (Form 8995-A), as applicable, before starting Part I. Attach additional worksheets when needed. See instructions.

| 1 | **(a)** Trade, business, or aggregation name | **(b)** Check if specified service | **(c)** Check if aggregation | **(d)** Taxpayer identification number | **(e)** Check if patron |
|---|---|---|---|---|---|
| **A** | BRETT VANDEBERG | ☐ | ☐ | 82-0725294 | ☐ |
| **B** | 3509 E CAMBRIDGE AVE | ☐ | ☐ | ███████006 | ☐ |
| **C** | | ☐ | ☐ | | ☐ |

| Part II | Determine Your Adjusted Qualified Business Income |
|---|---|

| | | | A | B | C |
|---|---|---|---|---|---|
| **2** | Qualified business income from the trade, business, or aggregation. See instructions | **2** | 1,080,932. | 39,637. | |
| **3** | Multiply line 2 by 20% (0.20). If your taxable income is $191,950 or less ($383,900 if married filing jointly), skip lines 4 through 12 and enter the amount from line 3 on line 13 | **3** | 216,186. | 7,927. | |
| **4** | Allocable share of W-2 wages from the trade, business, or aggregation | **4** | 271,729. | | |
| **5** | Multiply line 4 by 50% (0.50) | **5** | 135,865. | | |
| **6** | Multiply line 4 by 25% (0.25) | **6** | 67,932. | | |
| **7** | Allocable share of the unadjusted basis immediately after acquisition (UBIA) of all qualified property | **7** | | | |
| **8** | Multiply line 7 by 2.5% (0.025) | **8** | | | |
| **9** | Add lines 6 and 8 | **9** | 67,932. | | |
| **10** | Enter the greater of line 5 or line 9 | **10** | 135,865. | | |
| **11** | W-2 wage and UBIA of qualified property limitation. Enter the smaller of line 3 or line 10 | **11** | 135,865. | | |
| **12** | Phased-in reduction. Enter the amount from line 26, if any | **12** | | | |
| **13** | Qualified business income deduction before patron reduction. Enter the greater of line 11 or line 12 | **13** | 135,865. | | |
| **14** | Patron reduction. Enter the amount from Schedule D (Form 8995-A), line 6, if any. See instructions | **14** | | | |
| **15** | Qualified business income component. Subtract line 14 from line 13 | **15** | 135,865. | | |
| **16** | Total qualified business income component. Add all amounts reported on line 15 | **16** | 135,865. | | |

**BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

Form **8995-A** (2024)

| Part III | Phased-in Reduction |
|---|---|

*Complete Part III only if your taxable income is more than $191,950 but not $241,950 ($383,900 and $483,900 if married filing jointly) and line 10 is less than line 3. Otherwise, skip Part III.*

|  |  |  | **A** | **B** | **C** |
|---|---|---|---|---|---|
| 17 | Enter the amounts from line 3 | 17 |  |  |  |
| 18 | Enter the amounts from line 10 | 18 |  |  |  |
| 19 | Subtract line 18 from line 17 | 19 |  |  |  |
| 20 | Taxable income before qualified business income deduction | 20 |  |  |  |
| 21 | Threshold. Enter $191,950 ($383,900 if married filing jointly) | 21 |  |  |  |
| 22 | Subtract line 21 from line 20 | 22 |  |  |  |
| 23 | Phase-in range. Enter $50,000 ($100,000 if married filing jointly) | 23 |  |  |  |
| 24 | Phase-in percentage. Divide ln 22 by ln 23 | 24 | % |  |  |
| 25 | Total phase-in reduction. Multiply line 19 by line 24 | 25 |  |  |  |
| 26 | Qualified business income after phase-in reduction. Subtract line 25 from line 17. Enter this amount here and on line 12, for the corresponding trade or business | 26 |  |  |  |

| Part IV | Determine Your Qualified Business Income Deduction |
|---|---|

| 27 | Total qualified business income component from all qualified trades, businesses, or aggregations. Enter the amount from line 16 | 27 | 135,865. |  |
|---|---|---|---|---|
| 28 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss). See instructions | 28 |  |  |
| 29 | Qualified REIT dividends and PTP (loss) carryforward from prior years | 29 | ( | ) |
| 30 | Total qualified REIT dividends and PTP income. Combine lines 28 and 29. If less than zero, enter -0- | 30 |  |  |
| 31 | REIT and PTP component. Multiply line 30 by 20% (0.20) | 31 |  |  |
| 32 | Qualified business income deduction before the income limitation. Add lines 27 and 31 | 32 |  | 135,865. |
| 33 | Taxable income before qualified business income deduction | 33 | 1,079,067. |  |
| 34 | Enter your net capital gain, if any, increased by any qualified dividends (see instructions) | 34 |  |  |
| 35 | Subtract line 34 from line 33. If zero or less, enter -0- | 35 |  | 1,079,067. |
| 36 | Income limitation. Multiply line 35 by 20% (0.20) | 36 |  | 215,813. |
| 37 | Qualified business income deduction before the domestic production activities deduction (DPAD) under section 199A(g). Enter the smaller of line 32 or line 36 | 37 |  | 135,865. |
| 38 | DPAD under section 199A(g) allocated from an agricultural or horticultural cooperative. Don't enter more than line 33 minus line 37 | 38 |  |  |
| 39 | Total qualified business income deduction. Add lines 37 and 38 | 39 |  | 135,865. |
| 40 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 28 and 29. If zero or greater, enter -0- | 40 | ( | ) |

Form **8995-A** (2024)

# Loss Netting and Carryforward

**Attach to Form 8995-A.**
**Go to www.irs.gov/Form8995A for instructions and the latest information.**

OMB No. 1545-2294

Attachment
Sequence No. **55D**

Name(s) shown on return

BRETT VANDEBERG

Your taxpayer identification number

█████ 006

*If you have more than three trades, businesses, or aggregations, complete and attach as many Schedules C as needed. See instructions.*

| 1 | Trade, business, or aggregation name | (a) Qualified business income/(loss) | (b) Reduction for loss netting (see instructions) | (c) Adjusted qualified business income (Combine (a) and (b). If zero or less, enter -0-.) |
|---|---|---|---|---|
| | BRETT VANDEBERG | 1,082,976. | ( 2,044.) | 1,080,932. |
| | 3509 E CAMBRIDGE AVE | 39,712. | ( 75.) | 39,637. |
| | | | | |

| | | | |
|---|---|---|---|
| 2 | Qualified business net (loss) carryforward from prior years. See instructions.................... | 2 | ( 2,119.) |
| 3 | Total of the trades, businesses, or aggregations losses. Combine the negative amounts on line 1, column (a), and 2 for all trades, businesses, or aggregations............................ | 3 | ( 2,119.) |
| 4 | Total of the trades, businesses, or aggregations income. Add the positive amounts on line 1, column (a), for all trades, businesses, or aggregations......................................... | 4 | 1,122,688. |
| 5 | Losses netted with income of other trades, businesses, or aggregations. Enter in the parentheses on line 5 the smaller of the absolute value of line 3 or line 4. Allocate this amount to each of the trades, businesses, or aggregations on line 1, column (b).................... | 5 | ( 2,119.) |
| 6 | Qualified business net (loss) carryforward. Subtract line 5 from line 3. If zero or more, enter -0- | 6 | ( 0.) |

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.      Schedule C (Form 8995-A) (Rev. 12-2022)

Ver 2

| Form **8867** | **Paid Preparer's Due Diligence Checklist** | OMB No. 1545-0074 |
|---|---|---|

Form **8867**

(Rev. November 2024)

Department of the Treasury
Internal Revenue Service

**Paid Preparer's Due Diligence Checklist**

Earned Income Credit (EIC), American Opportunity Tax Credit (AOTC),
Child Tax Credit (CTC) (including the Additional Child Tax Credit (ACTC) and
Credit for Other Dependents (ODC)), and Head of Household (HOH) Filing Status
**To be completed by preparer and filed with Form 1040, 1040-SR, 1040-NR, or 1040-SS.**
**Go to** *www.irs.gov/Form8867* **for instructions and the latest information.**

OMB No. 1545-0074

For tax year

20 24

Attachment
Sequence No. **70**

| Taxpayer name(s) shown on return | Taxpayer identification number |
|---|---|
| BRETT VANDEBERG | ▆▆▆006 |
| Preparer's name | Preparer tax identification number |
| JOHN A. HASSLACHER | P00021511 |

| **Part I** | **Due Diligence Requirements** |
|---|---|

Please check the appropriate box for the credit(s) and/or HOH filing status claimed on the return and complete the related Parts I−V for the benefit(s) claimed (check all that apply).        ☐ EIC        ☐ CTC/ACTC/ODC        ☐ AOTC        ☒ HOH

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| **1** | Did you complete the return based on information for the applicable tax year provided by the taxpayer or reasonably obtained by you? | ☒ | ☐ | |
| **2** | If credits are claimed on the return, did you complete the applicable EIC and/or CTC/ACTC/ODC worksheets found in the Form 1040, 1040-SR, 1040-NR, 1040-SS, or Schedule 8812 (Form 1040) instructions, and/or the AOTC worksheet found in the Form 8863 instructions, or your own worksheet(s) that provides the same information, and all related forms and schedules for each credit claimed? | ☐ | ☐ | ☒ |
| **3** | Did you satisfy the knowledge requirement? To meet the knowledge requirement, you must do both of the following. | | | |
| | • Interview the taxpayer, ask questions, and contemporaneously document the taxpayer's responses to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status. | | | |
| | • Review information to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to figure the amount(s) of any credit(s). | ☒ | ☐ | |
| **4** | Did any information provided by the taxpayer or a third party for use in preparing the return, or information reasonably known to you, appear to be incorrect, incomplete, or inconsistent? (If **"Yes,"** answer questions 4a and 4b. If **"No,"** go to question 5.) | ☐ | ☒ | |
| **a** | Did you make reasonable inquiries to determine the correct, complete, and consistent information? | ☐ | ☐ | |
| **b** | Did you contemporaneously document your inquiries? (Documentation should include the questions you asked, whom you asked, when you asked, the information that was provided, and the impact the information had on your preparation of the return.) | ☐ | ☐ | |
| **5** | Did you satisfy the record retention requirement? To meet the record retention requirement, you must keep a copy of your documentation referenced in question 4b, a copy of this Form 8867, a copy of any applicable worksheet(s), a record of how, when, and from whom the information used to prepare Form 8867 and any applicable worksheet(s) was obtained, and a copy of any document(s) provided by the taxpayer that you relied on to determine eligibility for the credit(s) and/or HOH filing status or to figure the amount(s) of the credit(s). | ☒ | ☐ | |
| | List those documents provided by the taxpayer, if any, that you relied on: | | | |
| **6** | Did you ask the taxpayer whether he/she could provide documentation to substantiate eligibility for the credit(s) and/or HOH filing status and the amount(s) of any credit(s) claimed on the return if his/her return is selected for audit? | ☒ | ☐ | |
| **7** | Did you ask the taxpayer if any of these credits were disallowed or reduced in a previous year? **(If credits were disallowed or reduced, go to question 7a; if not, go to question 8.)** | ☐ | ☐ | ☒ |
| **a** | Did you complete the required recertification Form 8862? | ☐ | ☐ | ☒ |
| **8** | If the taxpayer is reporting self-employment income, did you ask questions to prepare a complete and correct Schedule C (Form 1040)? | ☐ | ☐ | ☒ |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**                Form **8867** (Rev. 11-2024)

| **Part II** | **Due Diligence Questions for Returns Claiming EIC** (If the return does not claim EIC, go to Part III.) | | | |
|---|---|---|---|---|
| | | **Yes** | **No** | **N/A** |
| **9a** | Have you determined that the taxpayer is eligible to claim the EIC for the number of qualifying children claimed, or is eligible to claim the EIC without a qualifying child? **(If the taxpayer is claiming the EIC and does not have a qualifying child, go to question 10.)** | ☐ | ☐ | |
| **b** | Did you ask the taxpayer if the child lived with the taxpayer for over half of the year, even if the taxpayer has supported the child the entire year? | ☐ | ☐ | |
| **c** | Did you explain to the taxpayer the rules about claiming the EIC when a child is the qualifying child of more than one person (tiebreaker rules)? | ☐ | ☐ | ☐ |

| **Part III** | **Due Diligence Questions for Returns Claiming CTC/ACTC/ODC** (If the return does not claim CTC, ACTC, or ODC, go to Part IV.) | | | |
|---|---|---|---|---|
| | | **Yes** | **No** | **N/A** |
| **10** | Have you determined that each qualifying person for the CTC/ACTC/ODC is the taxpayer's dependent who is a citizen, national, or resident of the United States? | ☐ | ☐ | |
| **11** | Did you explain to the taxpayer that he/she may not claim the CTC/ACTC if the child has not lived with the taxpayer for over half of the year, even if the taxpayer has supported the child, unless the child's custodial parent has released a claim to exemption for the child? | ☐ | ☐ | |
| **12** | Did you explain to the taxpayer the rules about claiming the CTC/ACTC/ODC for a child of divorced or separated parents (or parents who live apart), including any requirement to attach a Form 8332 or similar statement to the return? | ☐ | ☐ | |

| **Part IV** | **Due Diligence Questions for Returns Claiming AOTC** (If the return does not claim AOTC, go to Part V.) | | |
|---|---|---|---|
| | | **Yes** | **No** |
| **13** | Did the taxpayer provide substantiation for the credit, such as a Form 1098-T and/or receipts for the qualified tuition and related expenses for the claimed AOTC? | ☐ | ☐ |

| **Part V** | **Due Diligence Questions for Claiming HOH** (If the return does not claim HOH filing status, go to Part VI.) | | |
|---|---|---|---|
| | | **Yes** | **No** |
| **14** | Have you determined that the taxpayer was unmarried or considered unmarried on the last day of the tax year and provided more than half of the cost of keeping up a home for the year for a qualifying person? | ☒ | ☐ |

| **Part VI** | **Eligibility Certification** |
|---|---|

You will have complied with all due diligence requirements for claiming the applicable credit(s) and/or HOH filing status on the return of the taxpayer identified above if you:

A. Interview the taxpayer, ask adequate questions, contemporaneously document the taxpayer's responses on the return or in your notes, review adequate information to determine if the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s);

B. Complete this Form 8867 truthfully and accurately and complete the actions described in this checklist for any applicable credit(s) claimed and HOH filing status, if claimed;

C. Submit Form 8867 in the manner required; **and**

D. Keep all five of the following records for 3 years from the latest of the dates specified in the Form 8867 instructions under *Document Retention.*

   1. A copy of this Form 8867.

   2. The applicable worksheet(s) or your own worksheet(s) for any credit(s) claimed.

   3. Copies of any documents provided by the taxpayer on which you relied to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s).

   4. A record of how, when, and from whom the information used to prepare this form and the applicable worksheet(s) was obtained.

   5. A record of any additional information you relied upon, including questions you asked and the taxpayer's responses, to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s).

**If you have not complied with all due diligence requirements, you may have to pay a penalty for each failure to comply related to a claim of an applicable credit or HOH filing status (see instructions for more information).**

| | | **Yes** | **No** |
|---|---|---|---|
| **15** | Do you certify that all of the answers on this Form 8867 are, to the best of your knowledge, true, correct, and complete? | ☒ | ☐ |

Form **8867** (Rev. 11-2024)

Form **8959**

Department of the Treasury
Internal Revenue Service

**Additional Medicare Tax**

If any line does not apply to you, leave it blank. See separate instructions.
Attach to Form 1040, 1040-SR, 1040-NR, or 1040-SS.
Go to *www.irs.gov/Form8959* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **71**

Name(s) shown on return

BRETT VANDEBERG

Your social security number

☐06

| Part I | Additional Medicare Tax on Medicare Wages | | | |
|---|---|---|---|---|
| 1 | Medicare wages and tips from Form W-2, box 5. If you have more than one Form W-2, enter the total of the amounts from box 5 . . . | **1** | 797. | |
| 2 | Unreported tips from Form 4137, line 6 . . . . . . . . . . . . . . . . . . . . | **2** | | |
| 3 | Wages from Form 8919, line 6 . . . . . . . . . . . . . . . . . . . . . . . . | **3** | | |
| 4 | Add lines 1 through 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 797. | |
| 5 | Enter the following amount for your filing status:<br>Married filing jointly . . . . . . . . . . . . . . . . . . . . . . . . . . . $250,000<br>Married filing separately . . . . . . . . . . . . . . . . . . . . . . . $125,000<br>Single, Head of household, or Qualifying surviving spouse $200,000 | **5** | 200,000. | |
| 6 | Subtract line 5 from line 4. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **6** 0. |
| 7 | Additional Medicare Tax on Medicare wages. Multiply line 6 by 0.9% (0.009). Enter here and go to Part II. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **7** |

| Part II | Additional Medicare Tax on Self-Employment Income | | | |
|---|---|---|---|---|
| 8 | Self-employment income from Schedule SE (Form 1040), Part I, line 6. If you had a loss, enter -0- . . . . . . . . . . . . . . . . . . . . | **8** | 1,023,441. | |
| 9 | Enter the following amount for your filing status:<br>Married filing jointly . . . . . . . . . . . . . . . . . . . . . . . . . . . $250,000<br>Married filing separately . . . . . . . . . . . . . . . . . . . . . . . $125,000<br>Single, Head of household, or Qualifying surviving spouse $200,000 | **9** | 200,000. | |
| 10 | Enter the amount from line 4 . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 797. | |
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . . . . | **11** | 199,203. | |
| 12 | Subtract line 11 from line 8. If zero or less, enter -0- . . . . . . . . . . . . . . . | | | **12** 824,238. |
| 13 | Additional Medicare Tax on self-employment income. Multiply line 12 by 0.9% (0.009). Enter here and go to Part III. . . . . . . . . . . . . . . . | | | **13** 7,418. |

| Part III | Additional Medicare Tax on Railroad Retirement Tax Act (RRTA) Compensation | | | |
|---|---|---|---|---|
| 14 | Railroad retirement (RRTA) compensation and tips from Form(s) W-2, box 14 (see instructions) . . . . . . . . . . . . . . . . . . . . . . | **14** | | |
| 15 | Enter the following amount for your filing status:<br>Married filing jointly . . . . . . . . . . . . . . . . . . . . . . . . . . . $250,000<br>Married filing separately . . . . . . . . . . . . . . . . . . . . . . . $125,000<br>Single, Head of household, or Qualifying surviving spouse $200,000 | **15** | | |
| 16 | Subtract line 15 from line 14. If zero or less, enter -0- . . . . . . . . . . . . . . . . | | | **16** |
| 17 | Additional Medicare Tax on railroad retirement (RRTA) compensation. Multiply line 16 by 0.9% (0.009). Enter here and go to Part IV . . . . . . . . . . . . . . . | | | **17** |

| Part IV | Total Additional Medicare Tax | | | |
|---|---|---|---|---|
| 18 | Add lines 7, 13, and 17. Also include this amount on Schedule 2 (Form 1040), line 11 (Form 1040-SS filers, see instructions), and go to Part V. . . . . . . . . . . . . . . . . . . . . | | | **18** 7,418. |

| Part V | Withholding Reconciliation | | | |
|---|---|---|---|---|
| 19 | Medicare tax withheld from Form W-2, box 6. If you have more than one Form W-2, enter the total of the amounts from box 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | 12. | |
| 20 | Enter the amount from line 1 . . . . . . . . . . . . . . . . . . . . . . . . | **20** | 797. | |
| 21 | Multiply line 20 by 1.45% (0.0145). This is your regular Medicare tax withholding on Medicare wages . . . . . . . . . . . . . . . . . . . . . | **21** | 12. | |
| 22 | Subtract line 21 from line 19. If zero or less, enter -0-. This is your Additional Medicare Tax withholding on Medicare wages . . . . . . . . . . . . . . . . . . . . | | | **22** |
| 23 | Additional Medicare Tax withholding on railroad retirement (RRTA) compensation from Form W-2, box 14 (see instructions) . . . . . . . . . . . . . . . . . . . . . | | | **23** |
| 24 | **Total Additional Medicare Tax withholding.** Add lines 22 and 23. Also include this amount with federal income tax withholding on Form 1040, 1040-SR, or 1040-NR, line 25c (Form 1040-SS filers, see instructions) . . . . . . . . . . . . . . . | | | **24** |

**BAA For Paperwork Reduction Act Notice, see your tax return instructions.**    FDIA6301 09/09/24    Form **8959** (2024)

Case 2:25-bk-05508-PS    Doc 1    Filed 06/17/25    Entered 06/17/25 16:13:55    Desc
Main Document    Page 31 of 95

**Net Investment Income Tax –
Individuals, Estates, and Trusts**

Attach to your tax return.
Go to *www.irs.gov/Form8960* for instructions and the latest information.

OMB No. 1545-2227

**2024**

Attachment
Sequence No. **72**

Name(s) shown on your tax return

BRETT VANDEBERG

Your social security number or EIN

☐☐☐☐☐☐ 06

| Part I | Investment Income | | |
|---|---|---|---|
| | ☐ Section 6013(g) election (see instructions) | | |
| | ☐ Section 6013(h) election (see instructions) | | |
| | ☐ Regulations section 1.1411-10(g) election (see instructions) | | |

| | | | | |
|---|---|---|---|---|
| 1 | Taxable interest (see instructions) | | 1 | |
| 2 | Ordinary dividends (see instructions) | | 2 | |
| 3 | Annuities (see instructions) | | 3 | |
| 4a | Rental real estate, royalties, partnerships, S corporations, trusts, trades or businesses, etc. (see instructions) | 4a | 1,138,026. | |
| b | Adjustment for net income or loss derived in the ordinary course of a non-section 1411 trade or business (see instructions) | 4b | -1,174,320. | |
| c | Combine lines 4a and 4b | | 4c | -36,294. |
| 5a | Net gain or loss from disposition of property (see instructions) | 5a | | |
| b | Net gain or loss from disposition of property that is not subject to net investment income tax (see instructions) | 5b | | |
| c | Adjustment from disposition of partnership interest or S corporation stock (see instructions) | 5c | | |
| d | Combine lines 5a through 5c | | 5d | |
| 6 | Adjustments to investment income for certain CFCs and PFICs (see instructions) | | 6 | |
| 7 | Other modifications to investment income (see instructions) | | 7 | |
| 8 | Total investment income. Combine lines 1, 2, 3, 4c, 5d, 6, and 7 | | 8 | -36,294. |

| Part II | Investment Expenses Allocable to Investment Income and Modifications | | |
|---|---|---|---|
| 9a | Investment interest expenses (see instructions) | 9a | | |
| b | State, local, and foreign income tax (see instructions) | 9b | | |
| c | Miscellaneous investment expenses (see instructions) | 9c | | |
| d | Add lines 9a, 9b, and 9c | | 9d | |
| 10 | Additional modifications (see instructions) | | 10 | |
| 11 | Total deductions and modifications. Add lines 9d and 10 | | 11 | |

| Part III | Tax Computation | | |
|---|---|---|---|
| 12 | Net investment income. Subtract Part II, line 11, from Part I, line 8. Individuals, complete lines 13–17. Estates and trusts, complete lines 18a–21. If zero or less, enter -0- | | 12 | 0. |
| | **Individuals:** | | | |
| 13 | Modified adjusted gross income (see instructions) | 13 | 1,100,967. | |
| 14 | Threshold based on filing status (see instructions) | 14 | 200,000. | |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- | 15 | 900,967. | |
| 16 | Enter the smaller of line 12 or line 15 | | 16 | |
| 17 | Net investment income tax for individuals. Multiply line 16 by 3.8% (0.038). **Enter here and include on your tax return** (see instructions) | | 17 | |
| | **Estates and Trusts:** | | | |
| 18a | Net investment income (line 12 above) | 18a | | |
| b | Deductions for distributions of net investment income and charitable deductions (see instructions) | 18b | | |
| c | Undistributed net investment income. Subtract line 18b from line 18a (see instructions). If zero or less, enter -0- | 18c | | |
| 19a | Adjusted gross income (see instructions) | 19a | | |
| b | Highest tax bracket for estates and trusts for the year (see instructions) | 19b | | |
| c | Subtract line 19b from line 19a. If zero or less, enter -0- | 19c | | |
| 20 | Enter the smaller of line 18c or line 19c | | 20 | |
| 21 | Net investment income tax for estates and trusts. Multiply line 20 by 3.8% (0.038). **Enter here and include on your tax return** (see instructions) | | 21 | |

**BAA For Paperwork Reduction Act Notice, see your tax return instructions.**

FDIA6801L  09/12/24

Form **8960** (2024)

Form **8582**

Department of the Treasury
Internal Revenue Service

## Passive Activity Loss Limitations

See separate instructions.
Attach to Form 1040, 1040-SR, or 1041.
Go to *www.irs.gov/Form8582* for instructions and the latest information.

OMB No. 1545-1008

**2024**

Attachment
Sequence No. **858**

Name(s) shown on return

BRETT VANDEBERG

Identifying number

█████████06

---

| Part I | **2024 Passive Activity Loss** |
|---|---|

**Caution:** Complete Parts IV and V before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation, see **Special Allowance for Rental Real Estate Activities** in the instructions.)

| | | | | |
|---|---|---|---|---|
| 1a | Activities with net income (enter the amount from Part IV, column (a)) . . . . . . . . | **1a** | 24,437. | |
| b | Activities with net loss (enter the amount from Part IV, column (b)) . . . . . . . . . . . | **1b** ( | ) | |
| c | Prior years' unallowed losses (enter the amount from Part IV, column (c)) . . . . . . | **1c** ( | ) | |
| d | Combine lines 1a, 1b, and 1c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **1d** | 24,437. |

**All Other Passive Activities**

| | | | | |
|---|---|---|---|---|
| 2a | Activities with net income (enter the amount from Part V, column (a)) . . . . . . . . . | **2a** | | |
| b | Activities with net loss (enter the amount from Part V, column (b)) . . . . . . . . . . . . | **2b** ( | ) | |
| c | Prior years' unallowed losses (enter the amount from Part V, column (c)) . . . . . . | **2c** ( | ) | |
| d | Combine lines 2a, 2b, and 2c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **2d** | |

| | | | |
|---|---|---|---|
| 3 | Combine lines 1d and 2d and subtract any prior year unallowed CRD. See instructions. If this line is zero or more, stop here and include this form with your return; all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. Report the losses on the forms and schedules normally used . . . . | **3** | 24,437. |

If line 3 is a loss and: ● Line 1d is a loss, go to Part II.

● Line 2d is a loss (and line 1d is zero or more), skip Part II and go to line 10.

**Caution:** If your filing status is married filing separately and you lived with your spouse at any time during the year, **do not** complete Part II. Instead, go to line 10.

| Part II | **Special Allowance for Rental Real Estate Activities With Active Participation** |
|---|---|

**Note:** Enter all numbers in Part II as positive amounts. See instructions for an example.

| | | | |
|---|---|---|---|
| 4 | Enter the **smaller** of the loss on line 1d or the loss on line 3 . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| 5 | Enter $150,000. If married filing separately, see instructions . . . . . . . . . . . . . . . . | **5** | |
| 6 | Enter modified adjusted gross income, but not less than zero. See instructions . | **6** | 1,101,774. |

**Note:** If line 6 is greater than or equal to line 5, skip lines 7 and 8 and enter -0- on line 9. Otherwise, go to line 7.

| | | | |
|---|---|---|---|
| 7 | Subtract line 6 from line 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Multiply line 7 by 50% (0.50). **Do not** enter more than $25,000. If married filing separately, see instructions . | **8** | |
| 9 | Enter the **smaller** of line 4 or line 8. If line 3 includes any CRD, see instructions . . . . . . . . . . . . . . . . . . . . . | **9** | 0. |

| Part III | **Total Losses Allowed** |
|---|---|

| | | | |
|---|---|---|---|
| 10 | Add the income, if any, on lines 1a and 2a and enter the total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| 11 | **Total losses allowed from all passive activities for 2024.** Add lines 9 and 10. See instructions to find out how to report the losses on your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | |

| Part IV | **Complete This Part Before Part I, Lines 1a, 1b, and 1c.** See instructions. |
|---|---|

| | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| Name of activity | **(a)** Net income (line 1a) | **(b)** Net loss (line 1b) | **(c)** Unallowed loss (line 1c) | **(d)** Gain | **(e)** Loss |
| 4114 E LIBERTY | 24,437. | | | 24,437. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total.** Enter on Part I, lines 1a, 1b, and 1c . . . . | 24,437. | | | | |

**BAA For Paperwork Reduction Act Notice, see instructions.** Form **8582** (2024)

| Part V | Complete This Part Before Part I, Lines 2a, 2b, and 2c. See instructions. | | | | |
|---|---|---|---|---|---|
| Name of activity | Current year | | | Overall gain or loss | |
| | **(a)** Net income (line 2a) | **(b)** Net loss (line 2b) | **(c)** Unallowed loss (line 2c) | **(d)** Gain | **(e)** Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total.** Enter on Part I, lines 2a, 2b, and 2c. . . . | | | | | |

| Part VI | Use This Part if an Amount Is Shown on Part II, Line 9. See instructions. | | | | |
|---|---|---|---|---|---|
| Name of activity | Form or schedule and line number to be reported on (see instructions) | **(a)** Loss | **(b)** Ratio | **(c)** Special allowance | **(d)** Subtract column (c) from column (a). |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 1.00 | | |

| Part VII | Allocation of Unallowed Losses. See instructions. | | | |
|---|---|---|---|---|
| Name of activity | Form or schedule and line number to be reported on (see instructions) | **(a)** Loss | **(b)** Ratio | **(c)** Unallowed loss |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 1.00 | |

| Part VIII | Allowed Losses. See instructions. | | | |
|---|---|---|---|---|
| Name of activity | Form or schedule and line number to be reported on (see instructions) | **(a)** Loss | **(b)** Unallowed loss | **(c)** Allowed loss |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | 0. |

Form **8582** (2024)

## Part IX — Activities With Losses Reported on Two or More Forms or Schedules. See instructions.

| | (a) | (b) | (c) Ratio | (d) Unallowed loss | (e) Allowed loss |
|---|---|---|---|---|---|
| **Name of activity:** | | | | | |
| **Form or schedule and line number to be reported on** (see instructions): | | | | | |
| **1a** Net loss plus prior year unallowed loss from form or schedule. . . . . . . . . . . . . . . | | | | | |
| **b** Net income from form or schedule . . . . . | | | | | |
| **c** Subtract line 1b from line 1a. If zero or less, enter -0-. . . . . | | | | | |
| **Form or schedule and line number to be reported on** (see instructions): | | | | | |
| **1a** Net loss plus prior year unallowed loss from form or schedule. . . . . . . . . . . . . . . | | | | | |
| **b** Net income from form or schedule . . . . . | | | | | |
| **c** Subtract line 1b from line 1a. If zero or less, enter -0-. . . . . | | | | | |
| **Form or schedule and line number to be reported on** (see instructions): | | | | | |
| **1a** Net loss plus prior year unallowed loss from form or schedule. . . . . . . . . . . . . . . | | | | | |
| **b** Net income from form or schedule . . . . . | | | | | |
| **c** Subtract line 1b from line 1a. If zero or less, enter -0-. . . . . | | | | | |
| **Form or schedule and line number to be reported on** (see instructions): | | | | | |
| **1a** Net loss plus prior year unallowed loss from form or schedule. . . . . . . . . . . . . . . | | | | | |
| **b** Net income from form or schedule . . . . . | | | | | |
| **c** Subtract line 1b from line 1a. If zero or less, enter -0-. . . . . | | | | | |
| **Total**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. | 1.00 | | 0. | 0. |
| **Name of activity:** | | | | | |
| **Form or schedule and line number to be reported on** (see instructions): | | | | | |
| **1a** Net loss plus prior year unallowed loss from form or schedule. . . . . . . . . . . . . . . | | | | | |
| **b** Net income from form or schedule . . . . . | | | | | |
| **c** Subtract line 1b from line 1a. If zero or less, enter -0-. . . . . | | | | | |
| **Form or schedule and line number to be reported on** (see instructions): | | | | | |
| **1a** Net loss plus prior year unallowed loss from form or schedule. . . . . . . . . . . . . . . | | | | | |
| **b** Net income from form or schedule . . . . . | | | | | |
| **c** Subtract line 1b from line 1a. If zero or less, enter -0-. . . . . | | | | | |
| **Form or schedule and line number to be reported on** (see instructions): | | | | | |
| **1a** Net loss plus prior year unallowed loss from form or schedule. . . . . . . . . . . . . . . | | | | | |
| **b** Net income from form or schedule . . . . . | | | | | |
| **c** Subtract line 1b from line 1a. If zero or less, enter -0-. . . . . | | | | | |
| **Form or schedule and line number to be reported on** (see instructions): | | | | | |
| **1a** Net loss plus prior year unallowed loss from form or schedule. . . . . . . . . . . . . . . | | | | | |
| **b** Net income from form or schedule . . . . . | | | | | |
| **c** Subtract line 1b from line 1a. If zero or less, enter -0-. . . . . | | | | | |
| **Total**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. | 1.00 | | 0. | 0. |

Form **8582** (2024)

**BRETT VANDEBERG** 　　　　　　　　　　　　　　　　　06

**STATEMENT 1**
**SCHEDULE 1, LINE 8A**
**COMPUTATION OF 2024 TAXABLE INCOME FOR NOL UTILIZATION**

| | |
|---|---|
| TAXABLE INCOME | 1,079,067. |
| PLUS: NOL CARRYOVERS FROM 2023 AND LATER YEARS | 12,612. |
| 2024 TAXABLE INCOME BEFORE NOL DEDUCTION | 1,091,679. |

**STATEMENT 1**
**SCHEDULE 1, LINE 8A**
**2023 NOL UTILIZATION**

| | |
|---|---|
| INITIAL LOSS | 12,612. |
| NOL CARRYOVER AVAILABLE IN 2024 | 12,612. |
| | |
| TAXABLE INCOME BEFORE NOL DEDUCTION | 1,091,679. |
| NOL ABSORBED THIS YEAR | 12,612. |
| | |
| TAXABLE INCOME AFTER NOL DEDUCTION | 1,079,067. |
| NOL CARRYOVER TO 2025 | 0. |

**STATEMENT 2**
**SCHEDULE E, LINE 19 - 3509 E CAMBRIDGE AVE**
**OTHER RENTAL AND ROYALTY EXPENSES**

| | | |
|---|---|---|
| LICENSES AND PERMITS | $ | 155. |
| | TOTAL $ | 155. |

## SECTION 1.263(A)-1(F) DE MINIMIS SAFE HARBOR ELECTION

THE TAXPAYER HEREBY MAKES THE DE MINIMIS SAFE HARBOR ELECTION UNDER REGULATION
1.263(A)-1(F).

BRETT VANDEBERG
████ 006
2771 N. 150TH LANE
GOODYEAR, AZ 85395

## SECTION 1.263(A)-3(H) SAFE HARBOR ELECTION FOR SMALL TAXPAYERS

THE TAXPAYER HEREBY MAKES THE SAFE HARBOR ELECTION FOR SMALL TAXPAYERS UNDER
REGULATION 1.263(A)-3(H).

DESCRIPTION OF ELIGIBLE PROPERTY:
BUSINESS ACTIVITIES ON SCHEDULE C AND RENTAL PROPERTY ON SCHEDULE E.

BRETT VANDEBERG
████ 006
2771 N. 150TH LANE
GOODYEAR, AZ 85395

## SECTION 1.263(A)-3(N) ELECTION

THE TAXPAYER HEREBY MAKES THE ELECTION TO CAPITALIZE REPAIR AND MAINTENANCE COSTS
UNDER REGULATION 1.263(A)-3(N).

BRETT VANDEBERG
████ 006

2771 N. 150TH LANE
GOODYEAR, AZ 85395

| **Do not mail this form to the Arizona Department of Revenue. *The ERO must retain this document a minimum of four years.*** |
|---|

| Your First Name and Initial | Last Name | | Your Social Security Number* |
|---|---|---|---|
| BRETT | VANDEBERG | **Enter your SSN(s).** | 06 |
| Your Spouse's First Name and Initial (if filed joint) | Last Name | | Spouse's Social Security No.* |

**PART 1 — PURPOSE** *(If you are e-filing a Small Business Income Tax Return, also complete Form AZ-8879 SBI)*  *Do Not Truncate

- To certify the truthfulness, correctness, and completeness of the taxpayer's electronic income tax return.
- To authorize the Electronic Return Originator (ERO) to affirm that the taxpayer wishes to use the taxpayer's electronic signature on the taxpayer's federal individual income tax return as the taxpayer's signature to the taxpayer's electronic Arizona individual income tax return.

### PART 2 — TAX RETURN INFORMATION

| | | | |
|---|---|---|---|
| **1** | Arizona Adjusted Gross Income . . . . . | **1** | 1,100,967. |
| **2** | Balance Of Tax . . . . . | **2** | 26,948. |
| **3** | Arizona Income Tax Withheld . . . . . . . | **3** | 16. |

*Check box 4 or box 5:*

| | | | |
|---|---|---|---|
| **4** | ☐ | **REFUND:** Enter the amount of refund . . . . . . . . . | **4** | |
| **5** | ☒ | **AMOUNT *YOU* OWE:** Enter the amount owed . . . . . . . . . . . . . . . . . . . . . | **5** | 26,932. |

### PART 3 — FINANCIAL INSTITUTION INFORMATION

Must be present when requesting direct debit or deposit.

☐ Foreign Account Deposit/Debit: See instructions below.

| TYPE OF ACCOUNT | | ROUTING NUMBER |
|---|---|---|
| ☐ Checking | ☐ Savings | |

ACCOUNT NUMBER

| DIRECT DEBIT REQUEST DATE | DIRECT DEBIT PAYMENT AMOUNT |
|---|---|
| | $ |

**Box 4 Checkbox — Refund:** You are due a refund based on the information provided on your tax return. Your refund amount will be deposited in the account listed in the Financial Institution Information Section (Part 3).

**Box 5 Checkbox — Amount You Owe:** You owe taxes based on the information provided on your tax return. You have elected to direct debit for payment. The payment will be withdrawn from the account and on the date listed in the Financial Institution Information Section (Part 3).

**Foreign Account Deposit/Debit Checkbox:** Check the "Foreign Account Deposit/Debit" box if your deposit will be ultimately placed in or come from a foreign account. If you check this box, do not enter your account numbers. If this box is checked, we will not direct deposit or debit your account. If you are due a refund, we will send you a check instead. If you owe tax, *you must mail a check to the Arizona Department of Revenue, PO Box 29085, Phoenix, AZ 85038-9085.*

### PART 4 — DECLARATION AND SIGNATURE AUTHORIZATION *(Sign only after completing Part 2)*

Under penalties of perjury, I declare that I have examined a copy of my electronic Arizona individual income tax return and accompanying schedules and statements for the year ending December 31, 2024, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts of Arizona adjusted gross income, total tax, Arizona income tax withheld, and refund (or amount owed) listed above are the amounts shown on the copy of my electronic Arizona income tax return.

**6a** ☐ I consent that my refund be directly deposited as designated in the electronic portion of my 2024 Arizona individual income tax return. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

**6b** ☒ I do not want direct deposit of my refund or I am not receiving a refund.

**6c** ☐ I authorize the Arizona Department of Revenue (ADOR) and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Arizona taxes owed on this return. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer  inquiries and resolve issues related to the payment.

If I have filed a balance due return, I understand that if the ADOR does not receive full and timely payment of my tax liability by April 15, 2025, I will remain liable for the tax liability and all applicable interest and penalties. When electronically filing my federal and state tax returns, I understand that if there is an error on my federal return, my state return will also be rejected.

I consent to my Electronic Return Originator (ERO) or On-Line Service Provider (OLSP) sending my electronic Arizona individual income tax return and accompanying schedules and statements to ADOR, and I consent to my ERO or OLSP sending such information to ADOR through a transmitter. I consent to ADOR sending my ERO, OLSP and/or transmitter an acknowledgement of receipt of transmission and an indication of whether or not the transmission of my return is accepted and, if the return is rejected, the reason(s) for the rejection. If the processing of my return or refund is delayed, I authorize ADOR to disclose to my ERO, OLSP and/or transmitter the reason(s) for the delay, or when the refund was sent. If ADOR contacts my ERO for a copy of my return, any documents or schedules to my return, and/or this authorization form, I authorize my ERO to release copies of the requested documents to ADOR.

I authorize  HASSLACHER TAX & FINANCIAL LL
(ELECTRONIC RETURN ORIGINATOR)

to make the election that I want my electronic signature on my electronic federal individual income tax return to serve as my signature to my electronic Arizona individual income tax return for the year ending December 31, 2024. I understand that when my ERO makes the election that my electronic signature to my federal individual income tax return will serve as my signature to my Arizona individual income tax return, I will have signed my Arizona individual income tax return and declared under penalties of perjury that to the best of my knowledge and belief the return is true, correct, and complete.

| **P L E A S E  S I G N  H E R E** | ▶ | _____ | _____ |
|---|---|---|---|
| | | YOUR PEN AND INK SIGNATURE | DATE |
| | ▶ | _____ | _____ |
| | | SPOUSE'S PEN AND INK SIGNATURE | DATE |

Case 2:25-bk-05508-PS    Doc 1    Filed 06/17/25    Entered 06/17/25 16:13:55    Desc
Main Document            Page 38 of 95

| Arizona Form **140** | **Resident Personal Income Tax Return** | FOR CALENDAR YEAR **2024** |
|---|---|---|

**82F** ☐ Check box 82F if filing under extension

OR FISCAL YEAR BEGINNING _____ AND ENDING _____ . **66F**

**1** Your First Name and Middle Initial: BRETT    Last Name: VANDEBERG

**Enter your SSN(s).**    Your Social Security Number: ████ 06

**1** Spouse's First Name and Middle Initial (if box 4 or 6 checked)    Last Name

Spouse's Social Security No.

**2** Current Home Address — number and street, rural route: 2771 N. 150TH LANE    Apt. No.

**94** Daytime Phone (with area code): (623) 235-4345

**3** City, Town or Post Office: GOODYEAR, AZ 85395    State    ZIP Code

**97** Last Names Used in Last Four Prior Year(s) (if different)

### FILING STATUS

- **4** ☐ Married filing joint return    **4a** ☐ Injured Spouse Protection of Joint Overpayment
- **5** ☒ Head of household. Enter name of qualifying child or dependent on next line. BEKHAM VANDEBERG
- **6** ☐ Married filing separate return. Enter spouse's name and Social Security Number above.
- **7** ☐ Single

REVENUE USE ONLY. DO NOT MARK IN THIS AREA. **88**

### EXEMPTIONS

▼ Enter the number claimed. Do not put a check mark.

- **8** ☐ Age 65 or over (you and/or spouse)
- **9** ☐ Blind (you and/or spouse)
- **10a** 1 Dependents: Under age of 17.    **10b** ☐ Dependents: Age 17 and over.
- **11a** ☐ Qualifying parents and grandparents

*If completing lines 8, 9, and 11a, also complete lines 38, 39, and 41. For lines 10a and 10b, also complete line 49.*

**81** PM    **80** RCVD

**(Box 10a and 10b):** Dependent Information. See instructions. **For more space, check the box** ☐ **and complete page 4, Part 1.**

| | (a) FIRST AND LAST NAME (Do not list yourself or spouse.) | (b) SOCIAL SECURITY NUMBER | (c) RELATIONSHIP | (d) NO. OF MONTHS LIVED IN YOUR HOME IN 2024 | (e) ✔ Dependent Age included in: 1 (Box 10a) / 2 (Box 10b) | (f) ✔ if you did not claim this person on your federal return due to educational credits |
|---|---|---|---|---|---|---|
| **10c** | MAREK VANDEBERG | ████ | SON | 12 | X | |
| **10d** | | | | | | |
| **10e** | | | | | | |

**(Box 11a):** Qualifying parents and grandparents. See instructions. **For more space, check the box** ☐ **and complete page 4, Part 2.**

| | (a) FIRST AND LAST NAME (Do not list yourself or spouse.) | (b) SOCIAL SECURITY NUMBER | (c) RELATIONSHIP | (d) NO. OF MONTHS LIVED IN YOUR HOME IN 2024 | (e) ✔ IF AGE 65 OR OVER | (f) ✔ IF DIED IN 2024 |
|---|---|---|---|---|---|---|
| **11b** | | | | | | |
| **11c** | | | | | | |

### ADDITIONS

| | | | |
|---|---|---|---:|
| 12 | Federal adjusted gross income (from your federal return) | 12 | 1,100,967. |
| 13 | Small Business Income: **13S** ☐ check the box if you are filing Arizona Form 140-SBI and enter the amount from Form 140-SBI, line 10 | 13 | |
| 14 | Modified federal adjusted gross income. Subtract line 13 from line 12 | 14 | 1,100,967. |
| 15 | Non-Arizona municipal interest | 15 | |
| 16 | Partnership Income adjustment. See instructions | 16 | |
| 17 | Total federal depreciation | 17 | 8,250. |
| 18 | Other Additions to Income: Complete *Other Additions to Arizona Gross Income* schedule on page 5 | 18 | |
| 19 | **Subtotal:** Add lines 14 through 18 and enter the total | 19 | 1,109,217. |

### SUBTRACTIONS

| | | | |
|---|---|---|---:|
| 20 | Total net capital gain or (loss). See instructions | 20 | |
| 21 | Total net short-term capital gain or (loss). See instructions | 21 | |
| 22 | Total net long-term capital gain or (loss). See instructions | 22 | |
| 23 | Net long-term capital gain from assets acquired *after* December 31, 2011. See instructions | 23 | |
| 24 | Multiply line 23 by 25% (.25) and enter the result | 24 | |
| 25 | Net capital gain derived from investment in qualified small business | 25 | |
| 26 | Recalculated Arizona depreciation | 26 | 8,250. |
| 27 | Partnership Income adjustment. See instructions | 27 | |
| 28 | Interest on U.S. obligations such as U.S. savings bonds and treasury bills | 28 | |
| 29a | Exclusion for federal, Arizona state or local government pensions (up to $2,500 per taxpayer) | 29a | |
| 29b | Exclusion for benefits, annuities and pensions for retired/retainer pay of the uniformed services | 29b | |
| 30 | U.S. Social Security or Railroad Retirement Act benefits included as income on your federal return (taxable amount) | 30 | |
| 31 | Certain wages of American Indians | 31 | |
| 32 | Pay received for active service as a member of the reserves, national guard or the U.S. armed forces | 32 | |
| 33 | Net operating loss adjustment. See instructions | 33 | |
| 34 | Contributions to: **34a** 529 College Savings Plans _____ **34b** 529A (ABLE accounts) _____ add 34a and 34b. **34c** | 34c | |
| 35 | Subtract lines 24 through 34c from line 19. Enter the difference | 35 | 1,100,967. |

| | | | |
|---|---|---|---|
| Your Name (as shown on page 1) | | Your Social Security Number | |
| BRETT VANDEBERG | | ███████ 006 | |

| | | | | |
|---|---|---|---|---|
| **Exemptions** | 36 | Other Subtractions from Income. Complete *Other Subtraction from Arizona Gross Income* schedule on page 6. | 36 | |
| | 37 | Subtract line 36 from line 35. Enter the difference. | 37 | 1,100,967. |
| | 38 | Age 65 or over: Multiply the number in box 8 by $2,100 | 38 | |
| | 39 | Blind: Multiply the number in box 9 by $1,500 | 39 | |
| | 40 | Other Exemptions. See instructions . . . **40E** [ ] Multiply the number in box **40E** by $2,300 | 40 | |
| | 41 | Qualifying parents and grandparents: Multiply the number in box 11a by $10,000 | 41 | |
| | 42 | **Arizona adjusted gross income:** Subtract lines 38 through 41 from line 37. If less than zero, enter "0". | 42 | 1,100,967. |

| | | | | |
|---|---|---|---|---|
| **Balance of Tax** | 43 | **Deductions:** *Check box and enter amount.* See instructions . . . . . . . . . **43I** [ ] ITEMIZED . . . . . . **43S** [X] STANDARD | 43 | 21,900. |
| | 44 | If you checked box **43S** and claim charitable contributions, check **44C** [X] **Complete page 3.** See instructions. | 44 | 1,155. |
| | 45 | Arizona taxable income: Subtract lines 43 and 44 from line 42. If less than zero, enter "0". | 45 | 1,077,912. |
| | 46 | Tax: Multiply line 45 by 2.5% (.025). Enter the result. | 46 | 26,948. |
| | 47 | Tax from recapture of credits from Arizona Form 301, Part 2, line 30 | 47 | |
| | 48 | SUBTOTAL of tax: Add lines 46 and 47. Enter the total. | 48 | 26,948. |
| | 49 | Dependent Tax Credit. See instructions. | 49 | |
| | 50 | Family income tax credit (from the worksheet - see instructions) | 50 | |
| | 51 | Nonrefundable Credits from Arizona Form 301, Part 2, line 63 | 51 | |
| | 52 | **Balance of tax:** Subtract lines 49, 50 and 51 from line 48. If the sum of lines 49, 50 and 51 is greater than line 48, enter "0". | 52 | 26,948. |

| | | | | |
|---|---|---|---|---|
| **Total Payments and Refundable Credits** | 53 | 2024 AZ income tax withheld | 53 | 16. |
| | 54 | 2024 AZ estimated tax payments . . . **54a** [ ] Claim of Right **54b** [ ] Add 54a and 54b | 54c | |
| | 55 | 2024 AZ extension payment (Form 204) | 55 | |
| | 56 | Increased Excise Tax Credit (from the worksheet - see instructions) | 56 | |
| | 57 | Property Tax Credit from Arizona Form 140PTC | 57 | |
| | 58 | Other refundable credits: Check the box(es) and enter the total amount **581** [ ] 308-I **582** [ ] 334 **583** [ ] 349 | 58 | |
| | 59 | **Total payments and refundable credits:** Add lines 53 through 58. Enter the total. | 59 | 16. |

| | | | | |
|---|---|---|---|---|
| **Tax Due or Overpayment** | 60 | **TAX DUE:** If line 52 is larger than line 59, subtract line 59 from line 52. Enter amount of tax due. Skip lines 61, 62 and 63 | 60 | 26,932. |
| | 61 | **OVERPAYMENT:** If line 59 is larger than line 52, subtract line 52 from line 59. Enter amount of overpayment. | 61 | |
| | 62 | Amount of line 61 to be applied to 2025 estimated tax. | 62 | |
| | 63 | Balance of overpayment: Subtract line 62 from line 61. Enter the difference | 63 | |

| | | | | | |
|---|---|---|---|---|---|
| **Voluntary Gifts** | 64 - 74 | **Voluntary Gifts to:** | Solutions Teams Assigned to Schools . . . **64** [ ] | Arizona Wildlife . . . **65** [ ] | |
| | | Child Abuse Prevention . . . . **66** [ ] | Domestic Violence Services **67** [ ] | Political Gift . . . . . . **68** [ ] | |
| | | Neighbors Helping Neighbors **69** [ ] | Special Olympics . . . . **70** [ ] | Veterans' Donations Fund. . **71** [ ] | |
| | | I Didn't Pay Enough Fund. . . **72** [ ] | Sustainable State Parks and Road Fund . . . **73** [ ] | Spay/Neuter of Animals . . **74** [ ] | |
| | 75 | Political Party (if amount is entered on line 68 - check only one ): **751** [ ] Democratic **752** [ ] Libertarian **753** [ ] Republican | | | |

| | | | | |
|---|---|---|---|---|
| **Penalty** | 76 | Estimated payment penalty. | 76 | 0. |
| | 77 | **771** [ ] Annualized/Other **772** [ ] Farmer or Fisherman **773** [ ] Form 221 included | | |
| | 78 | Add lines 64 through 74 and 76; enter the total | 78 | |

| | | | | |
|---|---|---|---|---|
| **Refund or Amount Owed** | 79 | **REFUND:** Subtract line 78 from line 63. If less than zero, enter amount owed on line 80. | 79 | |
| | | Direct Deposit of Refund: **Check box 79A** if your deposit will be ultimately placed in a *foreign account*; see instructions. **79A** [ ] | | |
| | | **98** [ ] **C** [ ] Checking or ROUTING NUMBER _____ ACCOUNT NUMBER _____ **S** [ ] Savings | | |
| | 80 | **AMOUNT OWED:** Add lines 60 and 78. Make check payable to Arizona Department of Revenue; write your SSN on payment; and include with your return. | 80 | 26,932. |

Under penalties of perjury, I declare that I have read this return and any documents with it, and to the best of my knowledge and belief, they are true, correct and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**PLEASE SIGN HERE**

| | | |
|---|---|---|
| ▶ YOUR SIGNATURE | DATE | REALTOR<br>OCCUPATION |
| ▶ SPOUSE'S SIGNATURE | DATE | SPOUSE'S OCCUPATION |
| JOHN A. HASSLACHER | 4/14/25 | HASSLACHER TAX & FINANCIAL LLC 20-0329361 |
| PAID PREPARER'S SIGNATURE | DATE | FIRM'S NAME (PREPARER'S IF SELF-EMPLOYED) |
| 42104 N VENTURE DR. STE. B130 | | P00021511 |
| PAID PREPARER'S STREET ADDRESS | | PAID PREPARER'S TIN |
| PHOENIX, AZ 85086 | | 623 551-2332 |
| PAID PREPARER'S CITY | STATE ZIP CODE | PAID PREPARER'S PHONE NUMBER |

If you are sending a payment with this return, mail to Arizona Department of Revenue, PO Box 52016, Phoenix, AZ 85072-2016. Include the payment with Form 140.
If you are expecting a refund or owe no tax, or owe tax but are not sending a payment, mail to Arizona Department of Revenue, PO Box 52138, Phoenix, AZ 85072-2138.

# 2024 Form 140 - Standard Deduction Increase
## for Charitable Contributions

**You must complete this worksheet if you are taking an increased standard deduction for charitable contributions. Include the completed worksheet with your tax return, when filed. If you do not include the completed worksheet, your standard deduction will not be increased.**

Taxpayers electing to take the Standard Deduction on their Arizona tax return may increase the standard deduction amount by 33% (.33) of the total amount of the taxpayer's charitable deductions that would have been allowed if the taxpayer elected to claim itemized deductions on the Arizona tax return.

Charitable contributions (lines 1C, 2C, and 3C) are those gifts allowed on federal 1040 Schedule A (Gifts to Charity) that you would have claimed had you elected to take itemized deductions on your federal return.

**NOTE 1:** You must reduce your contribution amount by the total charitable contributions you made during January 1, 2024 through December 31, 2024 for which you are claiming an Arizona tax credit under Arizona law for the current tax year return or claimed on the prior tax year return. Enter this amount on 5C.

**NOTE 2:** If you itemized deductions on your federal return (1040 Schedule A) and were required to adjust the amount of your allowable contributions on your federal 1040 Schedule A for the amount claimed as a tax credit on your Arizona income tax return, include the amount of the federal contribution adjustment to line 1C and enter the amount of the Arizona tax credit on line 5C.

Complete the worksheet to determine your allowable increased standard deduction for charitable contributions.

| | | | | |
|---|---|---|---|---|
| 1C | 2024 Gifts by cash or check................................................. | 1C | 2,000. | 00 |
| 2C | 2024 Other than by cash or check........................................... | 2C | | 00 |
| 3C | Carryover from prior year.................................................. | 3C | 1,500. | 00 |
| 4C | Add lines 1C through 3C and enter the total................................ | 4C | 3,500. | 00 |
| 5C | Total charitable contributions made in 2024 for which you are claiming a credit under Arizona law for the current (2024) or prior (2023) tax year................ | 5C | | 00 |
| 6C | Subtract line 5C from line 4C and enter the difference. If less than zero, enter "0"...................................................................... | 6C | 3,500. | 00 |
| 7C | Multiply line 6C by 33% (.33) and enter the result......................... | 7C | 1,155. | 00 |

- Enter the amount shown on line 7C on page 2, line 44.
- Be sure to check box **43S** for Standard Deduction on line 43.
- Check box **44C** for charitable contributions on line 44. If you do not check this box, you may be denied the increased standard deduction.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr>
<td>Debtor 1</td>
<td><strong>Brett Alan Vandeberg</strong><br>First Name          Middle Name          Last Name</td>
</tr>
<tr>
<td>Debtor 2<br>(Spouse if, filing)</td>
<td>First Name          Middle Name          Last Name</td>
</tr>
<tr>
<td>United States Bankruptcy Court for the:</td>
<td>DISTRICT OF ARIZONA</td>
</tr>
<tr>
<td>Case number<br>(if known)</td>
<td></td>
</tr>
</table>

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders      12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

                                                          **Unsecured claim**

**1**    **14414 N. Primrose, LLC**
**37262 Kerr Dam Rd.**
**Polson, MT 59860**

What is the nature of the claim?    **Promissory Note**    **$200,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:    -
         Unsecured claim

Contact

Contact phone

**2**    **14414 N. Primrose, LLC**
**37262 Kerr Dam Rd.**
**Polson, MT 59860**

What is the nature of the claim?    **Promissory Note**    **$50,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:    -

Contact

| Debtor 1 | Brett Alan Vandeberg | | Case number (if known) | |
|---|---|---|---|---|
| Contact phone | | | Unsecured claim | |

---

**3**

**American Express**
PO Box 297871
Fort Lauderdale, FL 33329

**What is the nature of the claim?** credit card     $34,955.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:     -
      Unsecured claim

Contact

Contact phone

---

**4**

**American Express**
PO Box 297871
Fort Lauderdale, FL 33329

**What is the nature of the claim?** credit card     $31,071.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:     -
      Unsecured claim

Contact

Contact phone

---

**5**

**AZ Department of Revenue**
PO Box 52138
Phoenix, AZ 85072

**What is the nature of the claim?** taxes owed     $27,200.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:     -
      Unsecured claim

Contact

Contact phone

---

**6**

**Bluevine Inc.**
30 Montgomery St., Ste. 140
Jersey City, NJ 07302

**What is the nature of the claim?** LOC     $24,375.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

Does the creditor have a lien on your property?

■ No

☐ Yes. Total claim (secured and unsecured)

Value of security: - _____

_____ Contact

_____ Contact phone

Unsecured claim _____

---

**7**

**Dionne Guajardo**
**c/o William Kozub, Esq.**
**7537 E. McDonald Dr.**
**Scottsdale, AZ 85250**

What is the nature of the claim?   **Judgment - including** $449,145.00
**interest**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No

☐ Yes. Total claim (secured and unsecured)

_____ Contact

_____ Contact phone

Value of security: - _____

Unsecured claim _____

---

**8**

**GoodLeap**
**1410 SW Morrison St., 7th Floor**
**Portland, OR 97205**

What is the nature of the claim? _____ $41,449.00

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No

☐ Yes. Total claim (secured and unsecured)

_____ Contact

_____ Contact phone

Value of security: - _____

Unsecured claim _____

---

**9**

**Home Depot Card Services**
**PO Box 790340**
**Saint Louis, MO 63179**

What is the nature of the claim? _____ $28,725.00

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No

☐ Yes. Total claim (secured and unsecured)

_____ Contact

_____ Contact phone

Value of security: - _____

Unsecured claim _____

---

**10**

**Internal Revenue Service**

What is the nature of the claim? **taxes owed** $362,800.00

Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    - _____
     Unsecured claim

Contact

Contact phone

---

**11**

Lorna Steinke
2411 Agnes Ave
Missoula, MT 59801

**What is the nature of the claim?**    **Promissory Note**    **$40,000.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    - _____
     Unsecured claim

Contact

Contact phone

---

**12**

**What is the nature of the claim?**    3509 E Cambridge Ave. Phoenix, AZ 85008 Maricopa County
this is an investment property owned by 3509 E Cambridge Ave Holdings, LLC, which is owned b    $150,000.00

OCMBC, Inc.
19000 MacArthur Blvd., Ste. 200
Irvine, CA 92612

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)    **$750,000.00**
     Value of security:    - **$600,000.00**
     Unsecured claim    **$150,000.00**

Contact

Contact phone

---

**13**

Ross Ferraro dba Good News Group, LLC

**What is the nature of the claim?**    **Promissory Note - including interest**    **$175,668.00**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Case 2:25-bk-05508-PS    Doc 1    Filed 06/17/25    Entered 06/17/25 16:13:55    Desc
Main Document    Page 45 of 95

9117 W Grand Ave.
Peoria, AZ 85345

**As of the date you file, the claim is:** Check all that apply

☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No
☐  Yes. Total claim (secured and unsecured)
      Value of security:      - _____
      Unsecured claim         _____

_____

Contact

_____

Contact phone

---

**14**

Ross Ferraro dba Good News
Group, LLC
9117 W Grand Ave.
Peoria, AZ 85345

**What is the nature of the claim?**    **Promissory Note -**    **$108,164.00**
                                       **with interest**

**As of the date you file, the claim is:** Check all that apply

☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No
☐  Yes. Total claim (secured and unsecured)
      Value of security:      - _____
      Unsecured claim         _____

_____

Contact

_____

Contact phone

---

**15**

Ross Ferraro dba Good News
Group, LLC
9117 W Grand Ave.
Peoria, AZ 85345

**What is the nature of the claim?**    **Promissory Note -**    **$105,890.00**
                                       **with interest**

**As of the date you file, the claim is:** Check all that apply

☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No
☐  Yes. Total claim (secured and unsecured)
      Value of security:      - _____
      Unsecured claim         _____

_____

Contact

_____

Contact phone

---

**16**

Samuel Vandeberg
1515 Hawk Dr.
Polson, MT 59860

**What is the nature of the claim?**    **Promissory Note**    **$20,000.00**

**As of the date you file, the claim is:** Check all that apply

☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No

---

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)
       Value of security:                    - _____
       Unsecured claim                       _____

---

**17**

Todd Vandeberg
37262 Kerr Dam Rd
Polson, MT 59860

What is the nature of the claim?    __Promissory Note__    $100,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No

Contact

☐ Yes. Total claim (secured and unsecured)
       Value of security:                    - _____

Contact phone                                 Unsecured claim                _____

---

**18**

U.S. Small Business
Administration
CESC - COVID EIDL SERVICE
CENTER
14925 Kingsport Rd.
Fort Worth, TX 76155

What is the nature of the claim?    Personal guaranty on    $150,000.00
                                    loan taken by
                                    Vandeberg
                                    Enterprises; Blanket
                                    Lien

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☐ No

Contact

■ Yes. Total claim (secured and unsecured)    $150,000.00
       Value of security:                    - $0.00

Contact phone                                 Unsecured claim                $150,000.00

---

**19**

Vantage Retirement Plans, LLC
FBO Audrey Denk 0020558
Principal
8742 E, Via De Commercio
Scottsdale, AZ 85258

What is the nature of the claim?    Promissory Note -    $144,441.00
                                    with interest

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No

Contact

☐ Yes. Total claim (secured and unsecured)
       Value of security:                    - _____

Contact phone                                 Unsecured claim                _____

---

| **20** | | What is the nature of the claim? | **Promissory Note** | **$75,000.00** |

**Wayne Sturm**
**2364 E Calle Toledo**
**Fort Mohave, AZ 86426**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

Value of security:                     -  _____

Contact phone

Unsecured claim                          _____

---

| Part 2: | **Sign Below** |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  /s/ Brett Alan Vandeberg                          X  _____

**Brett Alan Vandeberg**
Signature of Debtor 1

Signature of Debtor 2

Date  **June 17, 2025**                          Date  _____

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 7

Case 2:25-bk-05508-PS    Doc 1    Filed 06/17/25    Entered 06/17/25 16:13:55    Desc
Main Document      Page 48 of 95

| Debtor 1 | **Brett Alan Vandeberg** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:     Summarize Your Assets

**Your assets**
Value of what you own

1.  **Schedule A/B: Property** (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from Schedule A/B...................................................... $          745,000.00

    1b. Copy line 62, Total personal property, from Schedule A/B........................................... $            6,903.00

    1c. Copy line 63, Total of all property on Schedule A/B.................................................... $          751,903.00

### Part 2:     Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $          2,042,180.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... $          390,000.00

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $          1,751,865.50

    **Your total liabilities** $          4,184,045.50

### Part 3:     Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I*.............................................................. $          6,500.00

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of *Schedule J*........................................................... $          7,862.00

### Part 4:     Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
    ☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■   Yes

7.  **What kind of debt do you have?**

    ☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ■   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Case 2:25-bk-05508-PS     Doc 1     Filed 06/17/25     Entered 06/17/25 16:13:55     Desc
Main Document          Page 49 of 95

8. **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

| From Part 4 on *Schedule E/F,* copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

| Debtor 1 | **Brett Alan Vandeberg** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number | | | |

☐ Check if this is an
amended filing

# Official Form 106A/B
# Schedule A/B: Property                                  12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

**1.1**

**2771 N. 150th Lane**
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Goodyear          AZ      85395-0000**
City                    State      ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $745,000.00 | $745,000.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Equitable interest**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Maricopa**
County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**Residence**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>**

| $745,000.00 |
|---|

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>**

   | |
   |---|
   | **$0.00** |

---

**Part 3:**   Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....

   | | |
   |---|---|
   | Refrigerator (2)/Range/Microwave/mini fridge (3), Sofa (2), living room chairs (5), kitchen Tables (2) with Chairs, 5 Beds, 3 night stands | **$5,000.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....

   | | |
   |---|---|
   | 4 computers/desks, laptops (2), Printer | **$500.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe.....

    | | |
    |---|---|
    | 1) 12 gauge shotgun and 1) hand gun | **$200.00** |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.....

    | | |
    |---|---|
    | Clothing, shoes, and associated items for one adult and three children | **$500.00** |

---

12. **Jewelry**
     *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
     ■ No
     ☐ Yes.  Describe.....

13. **Non-farm animals**
     *Examples:* Dogs, cats, birds, horses
     ■ No
     ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
     ☐ No
     ■ Yes.  Give specific information.....

| | |
|---|---|
| 2 Cell Phones, Patio Table and Chairs, stool chairs (15) | $500.00 |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| |
|---|
| $6,700.00 |

---

**Part 4:**  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
     *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
     ☐ No
     ■ Yes...........................................................................

| | |
|---|---|
| Cash | $80.00 |

17. **Deposits of money**
     *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
     ☐ No
     ■ Yes........................         Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **JP Morgan Chase Bank** | $84.00 |
| 17.2. | **Savings** | **JPMorgan Chase Bank** | $39.00 |
| 17.3. | | **JPMorgan Chase Bank - savings account ending in 0619 belongs to debtor's child** | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
     *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
     ■ No
     ☐ Yes..................         Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
     ■ No
     ☐ Yes.  Give specific information about them...................
                        Name of entity:                              % of ownership:

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                        Type of account:              Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................           Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............           Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............           Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......
                                                                        _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
                benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

Official Form 106A/B                         Schedule A/B: Property                                    page 4

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Principal National Life - 2 term life policies; one on debtor and one his ex-wife, both with no cash value** | **Brett Vandeberg** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................

|  |
|---|
| **$203.00** |

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
    If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................

|  |
|---|
| **$0.00** |

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ................................................................................................  $745,000.00

56.  **Part 2: Total vehicles, line 5**                                             $0.00

57.  **Part 3: Total personal and household items, line 15**                      $6,700.00

58.  **Part 4: Total financial assets, line 36**                                   $203.00

59.  **Part 5: Total business-related property, line 45**                            $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**                   $0.00

61.  **Part 7: Total other property not listed, line 54**                 +          $0.00

62.  **Total personal property.** Add lines 56 through 61...            $6,903.00     Copy personal property total          $6,903.00

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                                         $751,903.00

| | |
|---|---|
| Debtor 1 | **Brett Alan Vandeberg** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2771 N. 150th Lane Goodyear, AZ 85395  Maricopa County Residence**<br>Line from *Schedule A/B*: **1.1** | $745,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1101(A)** |
| **Refrigerator (2)/Range/Microwave/mini fridge (3), Sofa (2), living room chairs (5), kitchen Tables (2) with Chairs,  5 Beds, 3 night stands**<br>Line from *Schedule A/B*: **6.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **4 computers/desks, laptops (2), Printer**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **1) 12 gauge shotgun and 1) hand gun**<br>Line from *Schedule A/B*: **10.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(10)** |
| **Clothing, shoes, and associated items for one adult and three children**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1125(1)** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case 2:25-bk-05508-PS    Doc 1    Filed 06/17/25    Entered 06/17/25 16:13:55    Desc
Main Document          Page 57 of 95

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2 Cell Phones, Patio Table and Chairs, stool chairs (15)**<br>Line from *Schedule A/B*: **14.1** | $500.00 | ■      $500.00<br>☐   100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1123** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $80.00 | ☐<br>■   100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1124** |
| **Checking: JP Morgan Chase Bank**<br>Line from *Schedule A/B*: **17.1** | $84.00 | ☐<br>■   100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1126(A)(9)** |
| **Savings: JPMorgan Chase Bank - savings account ending in 0601 belongs to debtor's child**<br>Line from *Schedule A/B*: **17.2** | $39.00 | ■      $39.00<br>☐   100% of fair market value, up to any applicable statutory limit | **Ariz. Rev. Stat. § 33-1126(A)(9)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐   No

   ■   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ■   No

       ☐   Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

Debtor 1     **Brett Alan Vandeberg**
            First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| **2.1**   **Amerisave Mortgage Co**<br>Creditor's Name | $565,649.00 | $700,000.00 | $0.00 |

**Describe the property that secures the claim:**

> 4114 E Liberty Lane Phoenix, AZ 85048 Maricopa County this is an investment property owned by V and F Investments, LLC, which is owned by Debtor and Ross Ferraro

**1 Corporate Dr., Ste. 360
Lake Zurich, IL 60047**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   **7.26.22**     **Last 4 digits of account number**   **2272**

Debtor 1 **Brett Alan Vandeberg**
First Name    Middle Name    Last Name

Case number (if known) _____

| 2.2 | **Chase** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe the property that secures the claim:**    $508,000.00    $745,000.00    $0.00

> **2771 N. 150th Lane Goodyear, AZ 85395  Maricopa County**
> **Residence**

**PO Box 78420**
**Phoenix, AZ 85062**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **6/2021**    Last 4 digits of account number    **3432**

| 2.3 | **OCMBC, Inc.** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe the property that secures the claim:**    $750,000.00    $600,000.00    $150,000.00

> **3509 E Cambridge Ave. Phoenix, AZ 85008  Maricopa County**
> **this is an investment property owned by 3509 E Cambridge Ave Holdings, LLC, which is owned by Debtor**

**19000 MacArthur Blvd., Ste. 200**
**Irvine, CA 92612**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **adj rate note guarantor**

Date debt was incurred   **6/10/21**    Last 4 digits of account number    **1924**

Debtor 1    **Brett Alan Vandeberg**

First Name      Middle Name      Last Name

Case number (if known) _____

| 2.4 | **Toyota Motor Credit** | Describe the property that secures the claim: | $68,531.00 | Unknown | Unknown |

Creditor's Name

> **2022 Toytota Tundra**
> **This is a business vehicle but the loan was personally guaranteed by the debtor; the vehicle is being surrendered**

**PO Box 9786**
**Cedar Rapids, IA 52409**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **1/22/24**     Last 4 digits of account number   **5xxx**

| 2.5 | **U.S. Small Business Administration** | Describe the property that secures the claim: | $150,000.00 | $0.00 | $150,000.00 |

Creditor's Name

**CESC - COVID EIDL SERVICE CENTER**
**14925 Kingsport Rd.**
**Fort Worth, TX 76155**

Number, Street, City, State & Zip Code

> **Personal guaranty on loan taken by Vandeberg Enterprises; Blanket Lien**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **7.8.2020**     Last 4 digits of account number   **8006**

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | | **$2,042,180.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | | **$2,042,180.00** |

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]

Name, Number, Street, City, State & Zip Code
**SBA**
**PO Box 3918**
**Portland, OR 97208**

On which line in Part 1 did you enter the creditor?   **2.5**

Last 4 digits of account number   ___

| Debtor 1 | **Brett Alan Vandeberg** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **AZ Department of Revenue** | Last 4 digits of account number _____ | $27,200.00 | $27,200.00 | $0.00 |

Priority Creditor's Name
**PO Box 52138**
**Phoenix, AZ 85072**
Number Street City State Zip Code

When was the debt incurred?    **2024**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**taxes owed**

53734
Case 2:25-bk-05508-PS    Doc 1    Filed 06/17/25    Entered 06/17/25 16:13:55    Desc
Main Document      Page 62 of 95

Debtor 1   **Brett Alan Vandeberg**                                       Case number *(if known)* _____

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number _____ _____ | $362,800.00 | $362,800.00 | $0.00 |

Priority Creditor's Name
**Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101**

When was the debt incurred?   **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
      **taxes owed**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
| 4.1 | **14414 N. Primrose, LLC** | Last 4 digits of account number _____ _____ | $200,000.00 |

Nonpriority Creditor's Name
**37262 Kerr Dam Rd.
Polson, MT 59860**

When was the debt incurred?   **5/23/22**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **Brett Alan Vandeberg**                                    Case number *(if known)* _____

---

| 4.2 | **14414 N. Primrose, LLC** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**37262 Kerr Dam Rd.**
**Polson, MT 59860**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **4/14/25**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.3 | **American Express** | Last 4 digits of account number   **0xxx** | **$12,354.00** |

Nonpriority Creditor's Name
**PO Box 297871**
**Fort Lauderdale, FL 33329**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **credit card**

---

| 4.4 | **American Express** | Last 4 digits of account number   **9903** | **$31,071.00** |

Nonpriority Creditor's Name
**PO Box 297871**
**Fort Lauderdale, FL 33329**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **credit card**

---

Case 2:25-bk-05508-PS     Doc 1     Filed 06/17/25     Entered 06/17/25 16:13:55     Desc
Main Document          Page 64 of 95

| 4.5 | **American Express** | Last 4 digits of account number | 4423 | $34,955.00 |

Nonpriority Creditor's Name
**PO Box 297871**
**Fort Lauderdale, FL 33329**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **credit card**

---

| 4.6 | **Bluevine Inc.** | Last 4 digits of account number | 577x | $24,375.00 |

Nonpriority Creditor's Name
**30 Montgomery St., Ste. 140**
**Jersey City, NJ 07302**
Number Street City State Zip Code

When was the debt incurred?   6/10/24

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **LOC**

---

| 4.7 | **BLuevine Inc.** | Last 4 digits of account number | | $14,133.00 |

Nonpriority Creditor's Name
**30 Montgomery St., Ste. 140**
**Jersey City, NJ 07302**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify _____

| 4.8 | **Capital One** | | Last 4 digits of account number | **7xxx** | | $8,650.00 |

Nonpriority Creditor's Name

**PO Box 31293**
**Salt Lake City, UT 84131**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    credit card

---

| 4.9 | **Capital One** | | Last 4 digits of account number | **9xxx** | | $11,778.00 |

Nonpriority Creditor's Name

**PO Box 31293**
**Salt Lake City, UT 84131**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    credit card

---

| 4.10 | **Capital One** | | Last 4 digits of account number | **7xxx** | | $9,848.00 |

Nonpriority Creditor's Name

**PO Box 31293**
**Salt Lake City, UT 84131**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    credit card

| Debtor 1 | **Brett Alan Vandeberg** | Case number (if known) | |
|---|---|---|---|

---

**4.1 1**

**Citibusiness Card**

Nonpriority Creditor's Name

**PO Box 78081**
**Phoenix, AZ 85062**

Number City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    **7257**                    **$1,690.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **business credit card**

---

**4.1 2**

**Danielle K. Graham**

Nonpriority Creditor's Name

**15831 S. 33rd Pl.**
**Phoenix, AZ 85048**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    _____        **$10,522.50**

When was the debt incurred?    **September 2024**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **legal services**

---

**4.1 3**

**Dionne Guajardo**

Nonpriority Creditor's Name

**c/o William Kozub, Esq.**
**7537 E. McDonald Dr.**
**Scottsdale, AZ 85250**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    **Judgment**        **$449,145.00**

When was the debt incurred?    **5/17/24**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Judgment - including interest**

---

Debtor 1    **Brett Alan Vandeberg**                                    Case number *(if known)* _____

---

| 4.1 4 | |
|---|---|

**GoodLeap**
Nonpriority Creditor's Name
**1410 SW Morrison St., 7th Floor**
**Portland, OR 97205**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **0716**                          **$41,449.00**

When was the debt incurred?    **9/1/23**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.1 5 | |
|---|---|

**Home Depot Card Services**
Nonpriority Creditor's Name
**PO Box 790340**
**Saint Louis, MO 63179**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **5627**                          **$28,725.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.1 6 | |
|---|---|

**JPMorgan Chase Bank**
Nonpriority Creditor's Name
**PO Box 15369**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **1xxx**                          **$18,016.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **credit card**

---

Debtor 1    **Brett Alan Vandeberg**                                    Case number *(if known)* _____

| 4.1 7 | **Lorna Steinke** | **Last 4 digits of account number** _____ | **$40,000.00** |

**Lorna Steinke**
Nonpriority Creditor's Name
**2411 Agnes Ave**
**Missoula, MT 59801**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?**  2/23/21

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

$40,000.00

---

**4.1 8**

**Lorna Steinke**
Nonpriority Creditor's Name
**2411 Agnes Ave**
**Missoula, MT 59801**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?**  5/16/22

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

$10,000.00

---

**4.1 9**

**Lowes/Synchrony Bank**
Nonpriority Creditor's Name
**170 W. Election Rd.**
**Draper, UT 84020**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

$3,045.00

| 4.2 0 | **Ross Ferraro dba Good News Group, LLC** | **Last 4 digits of account number** _____ | $175,668.00 |

Nonpriority Creditor's Name
**9117 W Grand Ave.**
**Peoria, AZ 85345**
Number Street City State Zip Code

**When was the debt incurred?**   __10/17/23__

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note - including interest**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.2 1 | **Ross Ferraro dba Good News Group, LLC** | **Last 4 digits of account number** _____ | $108,164.00 |

Nonpriority Creditor's Name
**9117 W Grand Ave.**
**Peoria, AZ 85345**
Number Street City State Zip Code

**When was the debt incurred?**   __7/21/23__

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note - with interest**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.2 2 | **Ross Ferraro dba Good News Group, LLC** | **Last 4 digits of account number** _____ | $105,890.00 |

Nonpriority Creditor's Name
**9117 W Grand Ave.**
**Peoria, AZ 85345**
Number Street City State Zip Code

**When was the debt incurred?**   __8/18/23__

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note - with interest**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.2 3 | **Samuel Vandeberg** | Last 4 digits of account number _____ | **$20,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1515 Hawk Dr.**
**Polson, MT 59860**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **3/10/22**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note**

---

| 4.2 4 | **SYNCB/Amazon** | Last 4 digits of account number   **7811** | **$75.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 71737**
**Philadelphia, PA 19176**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.2 5 | **SYNCB/Lowes** | Last 4 digits of account number   **3940** | **$5,777.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 965005**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **credit card**

---

| 4.2 6 |
|---|

**Todd Vandeberg**
Nonpriority Creditor's Name
**37262 Kerr Dam Rd**
**Polson, MT 59860**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **$100,000.00**

**When was the debt incurred?**    **11/21/22**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.2 7 |
|---|

**US Bank**
Nonpriority Creditor's Name
**PO Box 790408**
**Saint Louis, MO 63179**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **3283**        **$17,094.00**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

---

| 4.2 8 |
|---|

**Vantage Retirement Plans, LLC**
Nonpriority Creditor's Name
**FBO Audrey Denk 0020558**
**Principal**
**8742 E, Via De Commercio**
**Scottsdale, AZ 85258**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **$144,441.00**

**When was the debt incurred?**    **7/26/23**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note - with interest**

---

Case 2:25-bk-05508-PS    Doc 1    Filed 06/17/25    Entered 06/17/25 16:13:55    Desc
Main Document        Page 72 of 95

| 4.2<br>9 | **Wayne Sturm** | Last 4 digits of account number _____ | $75,000.00 |

Nonpriority Creditor's Name
**2364 E Calle Toledo**
**Fort Mohave, AZ 86426**
Number Street City State Zip Code

**When was the debt incurred?**   **2/21/21**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Synchrony Bank**
**170 W. Election Rd.**
**Draper, UT 84020**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**Zwicker & Associates, PC**
**80 Minuteman Rd.**
**Andover, MA 01810**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **4829**

---

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 390,000.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 390,000.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,751,865.50 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ 1,751,865.50 |

**Fill in this information to identify your case:**

Debtor 1        **Brett Alan Vandeberg**
                First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **SunStrong Management**<br>      **PO Box 91910**<br>      **Sioux Falls, SD 57109** | **Solar Lease** |

| | | | |
|---|---|---|---|
| Debtor 1 | **Brett Alan Vandeberg** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106H
# Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

        In which community state or territory did you live?    **-NONE-**   . Fill in the name and current address of that person.

        _____
        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |
| **3.1**    **Ross Ferraro**<br>**9117 W Grand Ave**<br>**Peoria, AZ 85345**<br>**50% owner** | ■ Schedule D, line   **2.1**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Amerisave Mortgage Co** |
| **3.2**    **Ross Ferraro**<br>**9117 W Grand Ave.**<br>**Peoria, AZ 85345**<br>**50% owner** | ■ Schedule D, line   **2.3**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**OCMBC, Inc.** |

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.3 | **Vandeberg Enterprises, LLC**<br>**2771 N. 150th Lane**<br>**Goodyear, AZ 85395** | ▪ Schedule D, line __**2.5**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**U.S. Small Business Administration** |
| 3.4 | **Vandeberg Enterprises, LLC**<br>**2771 N. 150th Lane**<br>**Goodyear, AZ 85395** | ▪ Schedule D, line __**2.4**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Toyota Motor Credit** |
| 3.5 | **Vandeberg Enterprises, LLC**<br>**2771 N. 150th Lane**<br>**Goodyear, AZ 85395** | ☐ Schedule D, line _____<br>▪ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**14414 N. Primrose, LLC** |
| 3.6 | **Vandeberg Enterprises, LLC**<br>**2771 N. 150th Lane**<br>**Goodyear, AZ 85395** | ☐ Schedule D, line _____<br>▪ Schedule E/F, line __**4.29**__<br>☐ Schedule G _____<br>**Wayne Sturm** |
| 3.7 | **Vandeberg Enterprises, LLC**<br>**2771 N. 150th Lane**<br>**Goodyear, AZ 85395** | ☐ Schedule D, line _____<br>▪ Schedule E/F, line __**4.28**__<br>☐ Schedule G _____<br>**Vantage Retirement Plans, LLC** |
| 3.8 | **Vandeberg Enterprises, LLC**<br>**2771 N. 150th Lane**<br>**Goodyear, AZ 85395** | ☐ Schedule D, line _____<br>▪ Schedule E/F, line __**4.26**__<br>☐ Schedule G _____<br>**Todd Vandeberg** |
| 3.9 | **Vandeberg Enterprises, LLC**<br>**2771 N. 150th Lane**<br>**Goodyear, AZ 85395** | ☐ Schedule D, line _____<br>▪ Schedule E/F, line __**4.23**__<br>☐ Schedule G _____<br>**Samuel Vandeberg** |
| 3.10 | **Vandeberg Enterprises, LLC**<br>**2771 N. 150th Lane**<br>**Goodyear, AZ 85395** | ☐ Schedule D, line _____<br>▪ Schedule E/F, line __**4.22**__<br>☐ Schedule G _____<br>**Ross Ferraro dba Good News Group, LLC** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11  **Vandeberg Enterprises, LLC**<br>**2771 N. 150th Lane**<br>**Goodyear, AZ 85395** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.21**__<br>☐ Schedule G _____<br>**Ross Ferraro dba Good News Group, LLC** |
| 3.12  **Vandeberg Enterprises, LLC**<br>**2771 N. 150th Lane**<br>**Goodyear, AZ 85395** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.20**__<br>☐ Schedule G _____<br>**Ross Ferraro dba Good News Group, LLC** |
| 3.13  **Vandeberg Enterprises, LLC**<br>**2771 N. 150th Lane**<br>**Goodyear, AZ 85395** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.18**__<br>☐ Schedule G _____<br>**Lorna Steinke** |
| 3.14  **Vandeberg Enterprises, LLC**<br>**2771 N. 150th Lane**<br>**Goodyear, AZ 85395** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**Lorna Steinke** |
| 3.15  **Vandeberg Enterprises, LLC**<br>**2771 N. 150th Lane**<br>**Goodyear, AZ 85395** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.1**__<br>☐ Schedule G _____<br>**14414 N. Primrose, LLC** |

Case 2:25-bk-05508-PS    Doc 1    Filed 06/17/25    Entered 06/17/25 16:13:55    Desc
Main Document    Page 77 of 95

Fill in this information to identify your case:

| Debtor 1 | **Brett Alan Vandeberg** |
|---|---|
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Describe Employment** |
|---|---|

1. **Fill in your employment information.**

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Realtor/Real Estate Investor** | |
| **Employer's name** | **Vandeberg Enterprises, LLC** | |
| **Employer's address** | **2771 N. 150th Lane**<br>**Goodyear, AZ 85395** | |
| **How long employed there?** | **8 years** | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| **Part 2:** | **Give Details About Monthly Income** |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 0.00 | $ N/A |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ......................................... | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ N/A

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 6,500.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 6,500.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 6,500.00    + $ N/A    = $ 6,500.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 6,500.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1    **Brett Alan Vandeberg**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**
         ☐ No
         ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

    Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent............

    Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | Son | 6 | ☐ No ■ Yes |
| | Son | 9 | ☐ No ■ Yes |
| | Son | 11 | ☐ No ■ Yes |
| | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | **Your expenses** |
|---|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $   3,264.00

    **If not included in line 4:**

    4a. Real estate taxes    4a. $   0.00
    4b. Property, homeowner's, or renter's insurance    4b. $   0.00
    4c. Home maintenance, repair, and upkeep expenses    4c. $   400.00
    4d. Homeowner's association or condominium dues    4d. $   62.00

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $   0.00

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | 250.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 125.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 180.00 |
| | 6d. | Other. Specify: **Solar Lease** | 6d. $ | 270.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,500.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 300.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 150.00 |
| 10. | **Personal care products and services** | | 10. $ | 275.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 300.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 170.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 36.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).** | | 18. $ | 180.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income_.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| 22. | **Calculate your monthly expenses** | | |
|---|---|---|---|
| | 22a. Add lines 4 through 21. | $ | 7,862.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 7,862.00 |

| 23. | **Calculate your monthly net income.** | | |
|---|---|---|---|
| | 23a. Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. $ | 6,500.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 7,862.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your _monthly net income_. | 23c. $ | -1,362.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.  Explain here: _____

| | |
|---|---|
| Debtor 1 | **Brett Alan Vandeberg** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Brett Alan Vandeberg**      X _____
**Brett Alan Vandeberg**
Signature of Debtor 1      Signature of Debtor 2

Date **June 17, 2025**      Date _____

Official Form 106Dec      Declaration About an Individual Debtor's Schedules

| | |
|---|---|
| Debtor 1 | **Brett Alan Vandeberg** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2  Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

   | | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   | | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
   | **For last calendar year:** (January 1 to December 31, 2024 ) | ☐ Wages, commissions, bonuses, tips | **$1,100,967.00** | ☐ Wages, commissions, bonuses, tips | |
   | | ■ Operating a business | | ☐ Operating a business | |

---

Official Form 107     **Statement of Financial Affairs for Individuals Filing for Bankruptcy**     page **1**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 ) | ☐ Wages, commissions, bonuses, tips | **$-11,862.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year:**<br>(January 1 to December 31, 2022 ) | ☐ Wages, commissions, bonuses, tips | **$74,347.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?
   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Chase**<br>PO Box 78420<br>Phoenix, AZ 85062 | **April, May, and June 2025** | **$9,792.00** | **$0.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Guajardo v. Vandeberg, et al.<br>CV2021-052815 | Civil | Maricopa County Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Judgment obtained; judgment collection pending** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---------|--------------------------------------|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ☑ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ☐ No
- ☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Zootown Church | $2,000 cash donation | 10/3/24 | $2,000.00 |

| Part 6: | List Certain Losses |
|---------|---------------------|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ☑ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---------|-----------------------------------|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Cross Law Firm, P.L.C.<br>PO Box 45469<br>Phoenix, AZ 85064<br>nfinch@crosslawaz.com | Attorney Fees plus filing fee | 2/19/25 | $31,738.00 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ☑ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case 2:25-bk-05508-PS    Doc 1    Filed 06/17/25    Entered 06/17/25 16:13:55    Desc
Main Document      Page 86 of 95

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Herman Hernandez** | **sold for $1,000** | **2008 GMC Sierra - vehicle was not operable** | **1/7/25** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

- ■ No
- ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. Have you notified any governmental unit of any release of hazardous material?

- ■ No
- ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

- ■ No
- ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

- ☐ No. None of the above applies. Go to Part 12.
- ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN |
|---|---|---|
| **Vandeberg Enterprises, LLC**<br>**9117 W Grand Ave**<br>**Peoria, AZ 85345** | **Real Estate Rental and Leasing**<br><br>**John Hashlacher** | **EIN:**    **82-725294**<br><br>Dates business existed<br>**From-To**  **1/2017 - present** |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **V and F Investments, LLC**<br>**9117 W. Grand Ave.**<br>**Peoria, AZ 85345** | **Holding Company - Real Estate Rental and Leasing**<br><br>**John Hashlacher** | EIN:<br><br>From-To  **2/6/19-present** |
| **3509 E Cambridge Ave Holdings, LLC**<br>**9117 W Grand Ave**<br>**Peoria, AZ 85345** | **Holding Company - Real Estate Rental and Leasing**<br><br>**John Hashlacher** | EIN:<br><br>From-To  **3/22/21-present** |
| **1802 W Vogel Holdings, LLC** | **Real Estate Holding Company** | EIN:<br><br>From-To  **closed once property sold** |
| **311 W Monterosa St Holdings, LLC** | **Real Estate Holding Company** | EIN:<br><br>From-To  **closed once property sold** |
| **8028 N 14th Pl Holdings, LLC** | **Real Estate Holding Company** | EIN:<br><br>From-To  **closed once property sold** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:  Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Brett Alan Vandeberg _____        _____
**Brett Alan Vandeberg**                                 **Signature of Debtor 2**
**Signature of Debtor 1**

Date  **June 17, 2025** _____        Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## District of Arizona

In re  **Brett Alan Vandeberg** _____  Case No. _____
Debtor(s)                                        Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____ $ _____ **31,738.00**

Prior to the filing of this statement I have received _____ $ _____ **31,738.00**

Balance Due _____ $ _____ **0.00**

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

■ Debtor  □ Other (specify):

4.  The source of compensation to be paid to me is:

■ Debtor  □ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

□ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 17, 2025** _____
_Date_

**/s/ Nathan A. Finch**
**Nathan A. Finch 031279**
_Signature of Attorney_
**Cross Law Firm, P.L.C.**
**PO Box 45469**
**Phoenix, AZ 85064**
**602-412-4422  Fax: 480-452-1867**
**nfinch@crosslawaz.com**
_Name of law firm_

# United States Bankruptcy Court
## District of Arizona

In re __Brett Alan Vandeberg__         Case No. _____

                   Debtor(s)       Chapter __11__

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, __Brett Alan Vandeberg__, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting

of __3__ page(s), is complete, correct and consistent with the debtor(s)' Schedules.


Date: __June 17, 2025__         __/s/ Brett Alan Vandeberg__

                                **Brett Alan Vandeberg**
                                Signature of Debtor

Date: __June 17, 2025__         __/s/ Nathan A. Finch__

                                Signature of Attorney
                                **Nathan A. Finch 031279**
                                **Cross Law Firm, P.L.C.**
                                **PO Box 45469**
                                **Phoenix, AZ 85064**
                                **602-412-4422   Fax: 480-452-1867**

Vandeberg, Brett -

14414 N. PRIMROSE, LLC
37262 KERR DAM RD.
POLSON MT 59860

AMERICAN EXPRESS
PO BOX 297871
FORT LAUDERDALE FL 33329

AMERISAVE MORTGAGE CO
1 CORPORATE DR., STE. 360
LAKE ZURICH IL 60047

AZ DEPARTMENT OF REVENUE
PO BOX 52138
PHOENIX AZ 85072

BLUEVINE INC.
30 MONTGOMERY ST., STE. 140
JERSEY CITY NJ 07302

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY UT 84131

CHASE
PO BOX 78420
PHOENIX AZ 85062

CITIBUSINESS CARD
PO BOX 78081
PHOENIX AZ 85062

DANIELLE K. GRAHAM
15831 S. 33RD PL.
PHOENIX AZ 85048

DIONNE GUAJARDO
C/O WILLIAM KOZUB, ESQ.
7537 E. MCDONALD DR.
SCOTTSDALE AZ 85250

GOODLEAP
1410 SW MORRISON ST., 7TH FLOOR
PORTLAND OR 97205

Vandeberg, Brett -

HOME DEPOT CARD SERVICES
PO BOX 790340
SAINT LOUIS MO 63179


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101


JPMORGAN CHASE BANK
PO BOX 15369
WILMINGTON DE 19850


LORNA STEINKE
2411 AGNES AVE
MISSOULA MT 59801


LOWES/SYNCHRONY BANK
170 W. ELECTION RD.
DRAPER UT 84020


OCMBC, INC.
19000 MACARTHUR BLVD., STE. 200
IRVINE CA 92612


ROSS FERRARO
9117 W GRAND AVE
PEORIA AZ 85345


ROSS FERRARO DBA GOOD NEWS GROUP, LLC
9117 W GRAND AVE.
PEORIA AZ 85345


SAMUEL VANDEBERG
1515 HAWK DR.
POLSON MT 59860


SBA
PO BOX 3918
PORTLAND OR 97208


SUNSTRONG MANAGEMENT
PO BOX 91910
SIOUX FALLS SD 57109

Vandeberg, Brett -


SYNCB/AMAZON
PO BOX 71737
PHILADELPHIA PA 19176


SYNCB/LOWES
PO BOX 965005
ORLANDO FL 32896


SYNCHRONY BANK
170 W. ELECTION RD.
DRAPER UT 84020


TODD VANDEBERG
37262 KERR DAM RD
POLSON MT 59860


TOYOTA MOTOR CREDIT
PO BOX 9786
CEDAR RAPIDS IA 52409


U.S. SMALL BUSINESS ADMINISTRATION
CESC - COVID EIDL SERVICE CENTER
14925 KINGSPORT RD.
FORT WORTH TX 76155


US BANK
PO BOX 790408
SAINT LOUIS MO 63179


VANDEBERG ENTERPRISES, LLC
2771 N. 150TH LANE
GOODYEAR AZ 85395


VANTAGE RETIREMENT PLANS, LLC
FBO AUDREY DENK 0020558 PRINCIPAL
8742 E, VIA DE COMMERCIO
SCOTTSDALE AZ 85258


WAYNE STURM
2364 E CALLE TOLEDO
FORT MOHAVE AZ 86426


ZWICKER & ASSOCIATES, PC
80 MINUTEMAN RD.
ANDOVER MA 01810

# United States Bankruptcy Court
## District of Arizona

In re   **Brett Alan Vandeberg**       Case No.

Debtor(s)       Chapter    **11**

## Declaration of Evidence of Employers' Payments Within 60 Days

☐      Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

■      Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐      Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor,    **Brett Alan Vandeberg**  , declares the foregoing to be true and correct under penalty of perjury.

Date   **June 17, 2025**       Signature   **/s/ Brett Alan Vandeberg**

                                 **Brett Alan Vandeberg**

                                 Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.